IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL DYNAMICS CORPORATION<br><br>and<br><br>DOW CHEMICAL COMPANY,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 8:23-CV-416<br><br>**DEFENDANT'S MOTION TO ADMIT WADE A. THOMSON, ESQ.**<br>*PRO HAC VICE* |

　　　　Pursuant to NEGenR 1.7(f), Defendant General Dynamics Corporation ("General Dynamics") hereby moves for *pro hac vice* admission of Wade A. Thomson, Esq. on its behalf in the above-captioned matter, and in support thereof states as follows:

　　　　1.　　Attorney Thomson's business address is Jenner & Block, LLP, 353 N. Clark Street, Chicago, IL 60654.

　　　　2.　　Attorney Thomson represents Defendant General Dynamics.

　　　　3.　　Attorney Thomson was admitted to practice in the State of Illinois on May 6, 2004, and was admitted to practice in the U.S. District Court for the Northern District of Illinois in 2004.

　　　　4.　　Attorney Thomson is in good standing and eligible to practice in the bars of all of the jurisdictions in which he is admitted: the State of Illinois and the U.S. District Court for the Northern District of Illinois.

　　　　5.　　Attorney Thomson has never been denied *pro hac vice* admission in Nebraska, had admission *pro hac vice* revoked in Nebraska, nor otherwise been formally disciplined in Nebraska.

Dated: November 3, 2023                    Respectfully Submitted,

                                           */s/ Wade A. Thomson*
                                           Wade A. Thomson
                                           JENNER & BLOCK LLP
                                           353 N. Clark Street
                                           Chicago, Illinois 60654
                                           wthomson@jenner.com
                                           Tel: (312) 222-9350
                                           Fax: (312) 840-8736

                                           *Attorney for General Dynamics Corporation*


**OATH OF ADMISSION**

I, Wade A. Thomson, Esquire, hereby acknowledge and affirm the Oath of Admission, as set forth in NEGenR 1.7(e):

As an officer of the United States District Court for the District of Nebraska I will demean myself faithfully, uprightly, and according to law; and I will support, uphold, and defend the Constitution of the United States of America.

                        */s/ Wade A. Thomson*
                        Wade A. Thomson

2