IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CIVIL ACTION NO. 8:23-CV-416 |
| Plaintiff, | |
| v. | DEFENDANT'S MOTION TO ADMIT STEVEN M. SIROS, ESQ. *PRO HAC VICE* |
| GENERAL DYNAMICS CORPORATION | |
| and | |
| DOW CHEMICAL COMPANY, | |
| Defendants. | |

Pursuant to NEGenR 1.7(f), Defendant General Dynamics Corporation ("General Dynamics") hereby moves for *pro hac vice* admission of Steven M. Siros, Esq. on its behalf in the above-captioned matter, and in support thereof states as follows:

1. Attorney Siros's business address is Jenner & Block, LLP, 353 N. Clark Street, Chicago, IL 60654.

2. Attorney Siros represents Defendant General Dynamics.

3. Attorney Siros was admitted to practice in the State of Illinois on November 10, 1994, and was admitted to practice in the U.S. District Court for the Northern District of Illinois in 1994 and the U.S. District for the Eastern District of Wisconsin in 1997.

4. Attorney Siros is in good standing and eligible to practice in the bars of all of the jurisdictions in which he is admitted: the State of Illinois, the U.S. District Court for the Northern District of Illinois, and the U.S. District for the Eastern District of Wisconsin.

5. Attorney Siros has never been denied *pro hac vice* admission in Nebraska, had admission *pro hac vice* revoked in Nebraska, nor otherwise been formally disciplined in Nebraska.

Dated: November 3, 2023　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Steven M. Siros*
　　　　　　　　　　　　　　　　　　　　　Steven M. Siros
　　　　　　　　　　　　　　　　　　　　　JENNER & BLOCK LLP
　　　　　　　　　　　　　　　　　　　　　353 N. Clark Street
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60654
　　　　　　　　　　　　　　　　　　　　　ssiros@jenner.com
　　　　　　　　　　　　　　　　　　　　　Tel: (312) 923-2717
　　　　　　　　　　　　　　　　　　　　　Fax: (312) 840-8736

　　　　　　　　　　　　　　　　　　　　　*Attorney for General Dynamics Corporation*


## OATH OF ADMISSION

　　　I, Steven M. Siros, Esquire, hereby acknowledge and affirm the Oath of Admission, as set forth in NEGenR 1.7(e):

　　　As an officer of the United States District Court for the District of Nebraska I will demean myself faithfully, uprightly, and according to law; and I will support, uphold, and defend the Constitution of the United States of America.

　　　　　　　　　　　　　　　　*/s/ Steven M. Siros*
　　　　　　　　　　　　　　　　Steven M. Siros

2