IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Plaintiff and Counter-Defendant, | ) |
| v. | ) CIVIL ACTION NO. 8:23-cv-00416 |
| GENERAL DYNAMICS CORPORATION | ) |
| and | ) |
| DOW CHEMICAL COMPANY, | ) |
| Defendants and Counterclaimants. | ) |

**NOTICE OF SERVICE**

I hereby certify that a true and accurate copy of UNITED STATES' SECOND ANSWERS TO GENERAL DYNAMICS CORPORATION'S FIRST SET OF INTERROGATORIES was served upon the following via electronic mail on April 1, 2024:

Wade A. Thomson - wthomson@jenner.com

Steven M. Siros - ssiros@jenner.com

Steven D. Davidson - sdavidson@bairdholm.com

Lindsay K. Lundholm - llundholm@bairdholm.com

Joel A. Blanchet - jblanchet@phillipslytle.com

Jaran R. Moten - jmoten@phillipslytle.com

William F. Hargens - whargens@mcgrathnorth.com

Michael L. Moran - mmoran@mcgrathnorth.com

Frank Dylewski - fdylewski@phillipslytle.com

                                                                              s/ *Frederick Phillips*
                                        FREDERICK PHILLIPS
                                        Senior Attorney
                                        U.S. Department of Justice
                                        Environment and Natural Resources Division
                                        150 M St., NE
                                        Washington, D.C. 20002
                                        202.305.0439