IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff and Counter-Defendant, )<br>)<br>v. )<br>)<br>GENERAL DYNAMICS CORPORATION )<br>)<br>and )<br>)<br>DOW CHEMICAL COMPANY, )<br>)<br>Defendants and Counterclaimants. )<br>_____ ) | CIVIL ACTION NO. 8:23-cv-00416 |

**NOTICE OF SERVICE**

I hereby certify that a true and accurate copy of UNITED STATES' RESPONSE TO GENERAL DYNAMICS CORPORATION'S THIIRD SET OF DOCUMENT REQUESTS was served upon the following via electronic mail on May 28, 2024:

Wade A. Thomson - wthomson@jenner.com

Steven M. Siros - ssiros@jenner.com

Steven D. Davidson - sdavidson@bairdholm.com

Lindsay K. Lundholm - llundholm@bairdholm.com


Joel A. Blanchet - jblanchet@phillipslytle.com

Jaran R. Moten - jmoten@phillipslytle.com

William F. Hargens - whargens@mcgrathnorth.com

Michael L. Moran - mmoran@mcgrathnorth.com

1

Dated this 28th day of May, 2024.

        Respectfully submitted,

        */s/ Charles Fletcher*
        CHARLES FLETCHER
        Trial Attorney
        Environmental Enforcement Section
        Environment and Natural Resources Division
        United States Department of Justice
        P.O. Box 7611
        Ben Franklin Station
        Washington, D.C. 20044
        (202) 514-2267
        Charles.Fletcher@usdoj.gov