**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 8:23-CV-416 |
| Plaintiff, | |
| v. | **NOTICE OF SERVICE** |
| GENERAL DYNAMICS CORPORATION and DOW CHEMICAL COMPANY, | |
| Defendants. | |

<u>**NOTICE OF SERVICE OF NOTICES OF DEPOSITION OF DAVID NUSZ, WILLIAM HOLTZMAN, RANDY BROWN, AND NORMA McCLOUD**</u>

On January 14, 2025, Defendant General Dynamics Corporation served the following via electronic mail upon counsel for Plaintiff United States of America and Defendant Dow Chemical Company:

1. Notice of Deposition of David Nusz
2. Notice of Deposition of William Holtzman
3. Notice of Deposition of Randy Brown
4. Notice of Deposition of Norma McCloud

1

Dated: January 14, 2025

Respectfully Submitted,

GENERAL DYNAMICS CORPORATION,
Defendant,

**s/Wade A. Thomson**
Wade A. Thomson
Steven M. Siros
Sarah L. Futernick
*Pro hac vice*
Attorneys for Defendant General Dynamics
Corporation
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, Illinois 60654
Telephone: (312) 840-8613
Fax: (312) 527-0484
Email: wthomson@jenner.com
Email: ssiros@jenner.com
Email: sfuternick@jenner.com

Matthew S. Hellman
*Pro hac vice*
Attorney for Defendant General Dynamics
Corporation
JENNER & BLOCK LLP
1099 New York Avenue, N.W., Suite 900
Washington, DC 20001
Telephone: (202) 639-6861
Fax: (202) 639-6066
Email: mhellman@jenner.com

Steven D. Davidson
Bar Number: 18684
Lindsay K. Lundholm
Bar Number: 22224
Brian Barmettler
Bar Number: 27017
Attorneys for Defendant General Dynamics
Corporation
BAIRD HOLM LLP
1700 Farnam Street, Suite 1500
Omaha, Nebraska 68102
Telephone: (402) 344-0500
Fax: (402) 344-0588

2

Email:  sdavidson@bairdholm.com
Email:  llundholm@bairdholm.com
Email:  bbarmettler@bairdholm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this fourteenth day of January, 2025, I caused a copy of the

foregoing to be sent via email to the following counsel of record:

Frederick S. Phillips - frederick.phillips@usdoj.gov
Daniel R. Dertke - daniel.dertke@usdoj.gov
Ann L. Wright - Ann.L.Wright@usace.army.mil
Jared D. Bustamante - Jared.D.Bustamante@usace.army.mil
Jared Pessetto - Pessetto.Jared@epa.gov
Erin Davis - Erin.Davis@usdoj.gov
Gabriela Campbell - Gabriela.Campbell@usdoj.gov
Catherine Chiccine - Chiccine.Catherine@epa.gov

Steven M. Siros - ssiros@jenner.com
Sarah L. Futernick – sfuternick@jenner.com
Steven D. Davidson - sdavidson@bairdholm.com
Lindsay K. Lundholm - llundholm@bairdholm.com

Joel A. Blanchet - jblanchet@phillipslytle.com
Jaran R. Moten - jmoten@phillipslytle.com
Jeremy M. Amar-Dolan - jamar-dolan@phillipslytle.com
Frank G. Dylewski - FDylewski@phillipslytle.com
William F. Hargens - whargens@mcgrathnorth.com
Michael L. Moran - mmoran@mcgrathnorth.com


**s/ Wade A. Thomson**