# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff/Counter Defendant,<br><br>vs.<br><br>GENERAL DYNAMICS CORPORATION, and DOW CHEMICAL COMPANY,<br><br>    Defendants/Counter Claimants. | 8:23CV416<br><br>ORDER |

    The Court held a telephone conference held with counsel for the parties on February 5, 2025. The parties submitted letters to the Court regarding their positions in advance of the conference. For the reasons stated on the record, the Court finds good cause to grant Defendants' request to increase their deposition limit. Defendants are given leave to take 39 depositions and 4 preservation depositions, for a total of 43 depositions.

    **IT IS SO ORDERED.**

Dated this 5th day of February, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge