AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 8:23-CV-00416 |
| GENERAL DYNAMICS CORPORATION et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 03/19/2025

s/ Sylvia Lam
*Attorney's signature*

Sylvia Lam (MD Bar No. 1512160028)
*Printed name and bar number*

U.S. Department of Justice/ENRD/EES
P.O. Box 7611
Washington, D.C. 20044-7611

*Address*

sylvia.lam@usdoj.gov
*E-mail address*

(202) 305-4903
*Telephone number*

(202) 514-8865
*FAX number*