IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>GENERAL DYNAMICS CORPORATION<br><br>and<br><br>DOW CHEMICAL COMPANY,<br><br>Defendants and Counterclaimants. | CIVIL ACTION NO. 8:23-cv-00416 |

**NOTICE OF SERVICE OF UNITED STATES' PRODUCTION OF DOCUMENTS**

On April 8, 2025, the United States served a document production via JEFS Box.com in the folders titled "20250408 - Production (1)" and "20250408 - Production (2)." This production includes documents from the United States Air Force. They are Bates stamped "USAF_."

Dated this 8th day of April, 2025.

2

Respectfully submitted,

*/s/ Gabriela Campbell*
Gabriela Campbell
Paralegal Specialist
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Work (202) 514-8457
Cell (202) 598-0043
Gabriela.Campbell@usdoj.gov

2

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be served upon the following counsel of record via electronic mail on April 8, 2025:

    Rachel Foster (rfoster@jenner.com)
    Steven M. Siros (SSiros@jenner.com)
    Wade A. Thomson (WThomson@jenner.com)
\`    Stephanie Sebor (SSebor@jenner.com)

    Sarah L. Futernick (SFuternick@jenner.com
    Hope H. Tone-O'Keefe (HToneOKeefe@jenner.com)
    Andrew Hoeg (AHoeg@jenner.com)
    Debra E. Abelson (DAbelson@jenner.com)

    Steven Davidson (sdavidson@bairdholm.com)
    Lindsay Lundholm (llundholm@bairdholm.com)
    Joel Blanchet (jblanchet@phillipslytle.com)
    Jaran R. Moten (jmoten@phillipslytle.com)

    Frank Dylewski (fdylewski@phillipslytle.com)
    Nicholas Guisinger (nguisinger@phillipslytle.com)
    Taylor Grabon (tgrabon@phillipslytle.com)
    William Hargens (whargens@mcgrathnorth.com)

    Michael L. Moran (mmoran@mcgrathnorth.com)
    Megan Simon (msigmon@mcgrathnorth.com)
    Ann Wright (Ann.L.Wright@usace.army.mil)
    Jared Bustamante (Jared.D.Bustamante@usace.army.mil)

    Jared Pessetto (Pessetto.Jared@epa.gov)
    Catherine Chiccine (Chiccine.Catherine@epa.gov)
    Frederick Phillips (Frederick.Phillips@usdoj.gov)
    Mark Elmer (Mark.Elmer@usdoj.gov)

    Daniel Dertke (Daniel.Dertke@usdoj.gov)
    Erin Davis (Erin.Davis@usdoj.gov)
    Corrina Carter (Corrina.Carter@usdoj.gov)
    Vanessa Moore (Vanessa.Moore@usdoj.gov)
    Zachary Moore (Zachary.Moor@usdoj.gov)

    */s/ Gabriela Campbell*