IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff/Counter Defendant,<br><br>v.<br><br>GENERAL DYNAMICS CORPORATION<br>AND DOW CHEMICAL COMPANY,<br><br>    Defendants/Counter Claimants. | Civil Action No. 8:23-cv-00416 |

PLAINTIFF'S UNOPPOSED MOTION TO EXTEND CASE DEADLINES

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, Plaintiff, the United States of America, moves to extend the deadlines in Paragraphs 9 and 11 of the Amended Case Progression Order entered by this Court on December 12, 2024 (Filing No. 228). In support hereof, Plaintiff states:

1.      On March 5, 2024, the Court entered a case progression order, which established deadlines for completing discovery and preparing for trial. On December 12, 2024, the Court amended this order at the Parties request. The primary purpose for amending the case progression order was to provide Plaintiff additional time to produce outstanding documents responsive to Defendants' requests.

2.      Plaintiff's litigation team has recently undergone, and continues to undergo, significant staffing changes, including a change to the lead attorney handling this matter for the Environmental Enforcement Section.

3.      In addition, the final transcript for one of the Rule 30(b)(6) witnesses in this case has been delayed, as Plaintiff understands, due to the hospitalization of the court reporter.

Experts should have the opportunity to consider this testimony before having to disclose their opinions.

4.    Finally, roughly 2,000 pages of previously classified documents were produced on April 8, 2025 and another roughly 5,000 pages of previously classified documents were produced on April 10, 2025. Experts should have an opportunity to review these documents before having to disclose their opinions.

5.    Plaintiff has conferred with Defendants General Dynamics Corporation ("GD") and Dow Chemical Company, and they do not oppose this motion.[1]

6.    This motion is made without prejudice to Plaintiff's right to seek an additional extension of the deadlines in the case progression order or to Defendants' rights to oppose such a request.

WHEREFORE, Plaintiff respectfully requests that the Court enter its proposed Second Amended Case Progression Order, modifying the deadlines in Paragraphs 9 and 11 of the Amended Case Progression Order, as follows:

| Deadline | Current | Proposed |
| --- | --- | --- |
| Initial expert disclosures | April 24, 2025 | May 8, 2025 |
| Rebuttal expert disclosures | June 23, 2025 | July 11, 2025 |
| Sur-rebuttal expert disclosures | August 4, 2025 | August 22, 2025 |
| Expert depositions | September 18, 2025 | October 3, 2025 |
| Daubert motions | October 18, 2025 | October 30, 2025 |

---

[1] GD has requested that this footnote be inserted to provide context to its position. GD has reluctantly agreed that it will not oppose this motion solely as a matter of professional courtesy. As detailed in past hearings before the Magistrate Judge, and in correspondence among the parties, GD generally opposes any extensions to the deadlines in this matter. In particular, GD does not believe there would be good cause for any further extensions and takes issue with Plaintiff attempting to use belated productions of previously classified materials as a justification for any further extensions.

| Dispositive motions | November 10, 2025 | November 21, 2025 |
|---|---|---|

In accordance with Local Rule NECivR 7.2, Plaintiff will email a proposed Second

Amended Case Progression Order to the chambers of U.S. Magistrate Judge Michael D. Nelson

at nelson@ned.uscourts.gov.


Respectfully submitted,

Counsel for Plaintiff United States of America


JOHANNA FRANZEN
CORRINA CARTER
VANESSA MOORE
U.S. Department of Justice
Environmental Enforcement Section
P.O. Box 7611
Washington, D.C. 20044
(202) 305-0467 (Franzen)
Johanna.Franzen@usdoj.gov
Corrina.Carter@usdoj.gov
Vanessa.Moore@usdoj.gov


DANIEL DERTKE
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-0994
Daniel.Dertke@usdoj.gov


/s/ Mark C. Elmer
MARK C. ELMER
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street, North Terrace, Suite 600
Denver, CO 80210
(303) 844-1352 (PHONE)
(303) 844-1350 (FAX)
Mark.Elmer@usdoj.gov (EMAIL)

3

OF COUNSEL:

ANN L. WRIGHT, Esq.
U.S. Army Corps of Engineers
Headquarters, Office of the Chief Counsel
441 G Street N.W.
Washington, D.C. 20314

JARED BUSTAMANTE, Esq.
U.S. Army Corps of Engineers
Kansas City District
Office of District Counsel
700 Bolling Federal Building
Kansas City, MO 64106

JARED PESSETTO, Esq.
CATHERINE CHICCINE, Esq.
Assistant Regional Counsel
U.S. Environmental Protection Agency, Region 7
Office of Regional Counsel
11201 Renner Boulevard
Lenexa, Kansas 66219

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be served upon the following counsel of

record via electronic mail on April 14, 2025:


Rachel Foster (rfoster@jenner.com)
Steven M. Siros (SSiros@jenner.com)
Wade A. Thomson (WThomson@jenner.com)
Stephanie Sebor (SSebor@jenner.com)

Sarah L. Futernick (SFuternick@jenner.com)
Hope H. Tone-O'Keefe (HToneOKeefe@jenner.com)
Andrew Hoeg (AHoeg@jenner.com)
Debra E. Abelson (DAbelson@jenner.com)

Steven Davidson (sdavidson@bairdholm.com)
Lindsay Lundholm (llundholm@bairdholm.com)
Joel Blanchet (jblanchet@phillipslytle.com)
Jaran R. Moten (jmoten@phillipslytle.com)

Frank Dylewski (fdylewski@phillipslytle.com)
Nicholas Guisinger (nguisinger@phillipslytle.com)
Taylor Grabon (tgrabon@phillipslytle.com)
William Hargens (whargens@mcgrathnorth.com)

Michael L. Moran (mmoran@mcgrathnorth.com)
Megan Simon (msigmon@mcgrathnorth.com)
Ann Wright (Ann.L.Wright@usace.army.mil)
Jared Bustamante (Jared.D.Bustamante@usace.army.mil)

Jared Pessetto (Pessetto.Jared@epa.gov)
Catherine Chiccine (Chiccine.Catherine@epa.gov)
Frederick Phillips (Frederick.Phillips@usdoj.gov)
Daniel Dertke (Daniel.Dertke@usdoj.gov)
Erin Davis (Erin.Davis@usdoj.gov)
Corrina Carter (Corrina.Carter@usdoj.gov)
Vanessa Moore (Vanessa.Moore@usdoj.gov)
Zachary Moor (Zachary.Moor@usdoj.gov)


/s/ Jessica Warren