IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff/Counter Defendant, | 8:23CV416 |
| vs. | |
| GENERAL DYNAMICS CORPORATION, and DOW CHEMICAL COMPANY, | SECOND AMENDED CASE PROGRESSION ORDER |
| Defendants/Counter Claimants. | |

This matter is before the Court on the Plaintiff's Unopposed Motion to Extend Case Deadlines (Filing No. 308). After review of the motion the Court finds good cause to grant the requested extensions.

**IT IS ORDERED** that the Plaintiff's Unopposed Motion to Extend Case Deadlines (Filing No. 308) is granted, and the amended case progression order is amended as follows:

1) Experts:

   a. The deadlines for identifying expert witnesses and completing expert disclosures for all experts expected to testify at trial, both retained experts, Fed. R. Civ. P. 26(a)(2)(B), and non-retained experts, Fed. R. Civ. P. 26(a)(2)(C), are:

   | | |
   |---|---|
   | The parties: | **May 8, 2025** |
   | Rebuttal: | **July 11, 2025** |
   | Sur-rebuttal: | **August 22, 2025** |

   b. The expert deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **October 3, 2025**.

   c. The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **October 30, 2025**.

2) The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings remains scheduled with Magistrate Judge Michael D. Nelson on **September 24, 2025**, at **10:00 AM** by telephone. Counsel shall use the conference instructions at Filing No. 203 to participate in the call.

3) The deadline for filing motions to dismiss and motions for summary judgment is **November 21, 2025**.

4)   The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

5)   All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 15th day of April, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge