IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>GENERAL DYNAMICS CORPORATION<br><br>and<br><br>DOW CHEMICAL COMPANY,<br><br>Defendants and Counterclaimants. | CIVIL ACTION NO. 8:23-cv-00416 |

**NOTICE OF SERVICE OF THE UNITED STATES' DISCLOSURE OF EXPERT TESTMONY PURSUANT TO FED. R. CIV. P. 26(a)(2)**

On May 8, 2025, the United States served its Disclosure of Expert Testimony Pursuant to Fed. R. Civ. P. 26(a)(2) via electronic mail upon all Parties. The United States also served a production of documents via JEFS Box.com in the folder titled "20250508 – Expert Reports." This production includes the expert reports identified in the United States' Disclosure of Expert Testimony Pursuant to Fed. R. Civ. P. 26(a)(2).

Dated this 8th day of May, 2025.

1

Respectfully submitted,

*/s/ Jessica Warren*
Jessica Warren
Paralegal Specialist
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
999 18th Street
North Terrace, Suite 600
Denver, CO 80202
Telephone (202) 532-3174
Jessica.Warren@usdoj.gov

2