IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff and Counter-Defendant, )<br>)<br>v. )<br>)<br>GENERAL DYNAMICS CORPORATION )<br>)<br>and )<br>)<br>DOW CHEMICAL COMPANY, )<br>)<br>Defendants and Counterclaimants. )<br>_____ ) | CIVIL ACTION NO. 8:23-cv-00416 |

## NOTICE OF SERVICE

On July 7, 2025, the United States served a document production via JEFS Box.com in the folder titled "20250707 - Production." This production includes documents from the United States Army Corps of Engineers. The documents are Bates stamped with the prefix "USACE_." There are four documents consisting of about 24 pages.

Dated this 7th day of July 2025.

                                                Respectfully submitted,

                                                */s/ Jessica Warren*
                                                Jessica Warren
                                                Paralegal Specialist
                                                Environmental Enforcement Section
                                                Environment and Natural Resources Division
                                                United States Department of Justice
                                                999 18th Street
                                                North Terrace, Suite 600
                                                Denver, CO 80202
                                                Telephone (202) 532-3174
                                                Jessica.Warren@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on July 7, 2025 I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Jessica Warren*