IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff and Counter-Defendant, )<br>)<br>v. )<br>)<br>GENERAL DYNAMICS CORPORATION )<br>)<br>and )<br>)<br>DOW CHEMICAL COMPANY, )<br>)<br>Defendants and Counterclaimants. )<br>_____ ) | CIVIL ACTION NO. 8:23-cv-00416 |

**NOTICE OF SERVICE**

On July 15, 2025, the United States served a document production via JEFS Box.com in the folder titled "20250715 - Production." This production includes declassified documents from the United States Air Force. The documents are Bates stamped with the prefix "USAF." There are two documents consisting of about 234 pages.

Dated this 15th day of July 2025.

Respectfully submitted,

*/s/ Jessica Warren*
Jessica Warren
Paralegal Specialist
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
999 18th Street
North Terrace, Suite 600
Denver, CO 80202
Telephone (202) 532-3174
Jessica.Warren@usdoj.gov

1

## CERTIFICATE OF SERVICE

I certify that on July 15, 2025 I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Jessica Warren*