IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff and Counter-Defendant, )<br>)<br>v. )<br>)<br>GENERAL DYNAMICS CORPORATION )<br>)<br>and )<br>)<br>DOW CHEMICAL COMPANY, )<br>)<br>Defendants and Counterclaimants. )<br>_____ ) | CIVIL ACTION NO. 8:23-cv-00416 |

**NOTICE OF SERVICE OF THE UNITED STATES' DISCLOSURE OF REBUTTAL EXPERT TESTIMONY PURSUANT TO FED. R. CIV. P. 26(a)(2)**

On July 25, 2025, the United States served its Disclosure of Rebuttal Expert Testimony Pursuant to Fed. R. Civ. P. 26(a)(2) via electronic mail upon all Parties. The United States also served a production of documents via JEFS Box.com in the folder titled "20250725 – Rebuttal Expert Reports." This production includes the rebuttal expert reports identified in the United States' Disclosure of Rebuttal Expert Testimony Pursuant to Fed. R. Civ. P. 26(a)(2).

Dated this 25th day of July 2025.

Respectfully submitted,

*/s/ Vanessa Moore*
Vanessa Moore
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone (202) 532-3067
Vanessa.Moore@usdoj.gov