IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff and Counter-Defendant, )<br>)<br>v. )<br>)<br>GENERAL DYNAMICS CORPORATION )<br>)<br>and )<br>)<br>DOW CHEMICAL COMPANY, )<br>)<br>Defendants and Counterclaimants. )<br>_____ ) | CIVIL ACTION NO. 8:23-cv-00416 |

## NOTICE OF SERVICE

On August 8, 2025, the United States served a document production via JEFS Box.com in the folder titled "20250808 - Production." This production includes files from the United States Army Corps of Engineers. The files are Bates stamped with the prefix "USACE_." There are 8 files consisting of about 11 pages.

Dated this 8th day of August 2025.

Respectfully submitted,

/s/ Gabriela Campbell
Gabriela Campbell
Paralegal Specialist
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Cell (202) 514-8457
Gabriela.Campbell@usdoj.gov

1