IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff and Counter-Defendant, )<br>)<br>v. )<br>)<br>GENERAL DYNAMICS CORPORATION )<br>)<br>and )<br>)<br>DOW CHEMICAL COMPANY, )<br>)<br>Defendants and Counterclaimants. )<br>_____) | CIVIL ACTION NO. 8:23-cv-00416 |

**NOTICE OF SERVICE OF THE UNITED STATES'
PRODUCTION OF DOCUMENTS PURSUANT TO FED. R. CIV. P. 26(a)(2)**

On August 13, 2025, the United States served a production of documents via JEFS Box.com in the folder titled "20250813 – Production." In accordance with ¶ 47(c) of the Court's Order and Stipulation Regarding Discovery Procedure, this production consists of native files and other materials requested by Defendants in connection with the United States' July 31, 2025 production. This production includes 4 files of approximately 138 pages.

Dated this 13th day of August, 2025.

1

Respectfully submitted,

*/s/ Gabriela Campbell*
Gabriela Campbell
Paralegal Specialist
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
Telephone: 202-598-0043
Email: Gabriela.Campbell@usdoj.gov

2