# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff and Counter-Defendant, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 8:23-cv-00416 |
| ) | |
| GENERAL DYNAMICS CORPORATION ) | |
| ) | |
| and ) | |
| ) | |
| DOW CHEMICAL COMPANY, ) | |
| ) | |
| Defendants and Counterclaimants. ) | |
| _____ ) | |

**NOTICE OF SERVICE OF THE UNITED STATES' PRODUCTION OF DOCUMENTS**

On August 21, 2025, the United States served a document production via JEFS Box.com in the folder titled "20250821 - Production." This production includes declassified documents from the United States Air Force. The documents are Bates stamped with the prefix "USAF." There are 24 documents consisting of about 433 pages.

Dated this 21st day of August, 2025.

Respectfully submitted,

*/s/ Gabriela Campbell*
Gabriela Campbell
Paralegal Specialist
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
Telephone: 202-598-0043
Email: Gabriela.Campbell@usdoj.gov