# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL DYNAMICS CORPORATION and DOW CHEMICAL COMPANY, <br><br> Defendants. | Civil Action No. 8:23-00416 |

## NOTICE OF SERVICE

On September 3, 2025, Plaintiff United States of America served the following via electronic mail upon counsel for Defendant General Dynamics Corporation and Defendant Dow Chemical Company:

1. Notice of Deposition of Patrick Fitzgerald
2. Notice of Deposition of Magdy Attia Ph.D.
3. Notice of Deposition of Randall Grip
4. Notice of Deposition of Michael Jayjock
5. Notice of Deposition of A.J. Gravel
6. Notice of Deposition of Robert Burton
7. Notice of Deposition of Steve McGinnis
8. Notice of Deposition of Stephen Johnson

Dated: 9/3/2025

Respectfully Submitted,

*/s/ Gabriela Campbell*
Gabriela Campbell

- 2 -

          Paralegal Specialist
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-598-0043
Email: Gabriela.Campbell@usdoj.gov