IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff and Counter-Defendant, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 8:23-cv-00416 |
| | ) | |
| GENERAL DYNAMICS CORPORATION | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DOW CHEMICAL COMPANY, | ) | |
| | ) | |
| Defendants and Counterclaimants. | ) | |
| | ) | |

**NOTICE OF SERVICE OF THE UNITED STATES' DISCLOSURE OF SURREBUTTAL EXPERT TESTIMONY AND PRODUCTION OF DOCUMENTS PURSUANT TO FED. R. CIV. P. 26(a)(2)**

On September 5, 2025, the United States served its Disclosure of Surrebuttal Expert Testimony Pursuant to Fed. R. Civ. P. 26(a)(2) via electronic mail upon all Parties. The United States also served a production of documents via JEFS Box.com in the folder titled "20250905 – Surrebuttal Expert Reports and Documents Considered." This production includes the surrebuttal expert reports identified in the United States' Disclosure of Surrebuttal Expert Testimony Pursuant to Fed. R. Civ. P. 26(a)(2) and documents considered by certain experts in accordance with ¶ 47(c) of the Court's Order and Stipulation Regarding Discovery Procedure (ECF No. 41) and the agreement of counsel.

Dated this 5th day of September 2025.

Respectfully submitted,

*/s/ Gabriela Campbell*
Gabriela Campbell

1

Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone (202) 598-0043
Gabriela.Campbell@usdoj.gov