# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL DYNAMICS CORPORATION and<br>DOW CHEMICAL COMPANY,<br><br>　　　　Defendants.<br>_____<br><br>THE DOW CHEMICAL COMPANY,<br><br>　　　　Counter-Claimant,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Counter-Defendant.<br>_____ | Case No.: 8:23-CV-00416<br><br>**NOTICE OF SERVICE OF THE DOW CHEMICAL COMPANY'S SURREBUTTAL EXPERT DISCLOSURE** |

On September 5, 2025, Defendant The Dow Chemical Company ("Dow") served its Surrebuttal Expert Disclosures via electronic mail upon counsel for Plaintiff United States of America and Defendant General Dynamics Corporation.

Dated: September 5, 2025

　　　　　　　　　　　　　　　　　　　　PHILLIPS LYTLE LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Frank G. Dylewski*
　　　　　　　　　　　　　　　　　　　　Frank G. Dylewski (pro hac vice)
　　　　　　　　　　　　　　　　　　　　35 West Wacker Drive, 34th Floor
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　　　　　　　　Telephone No. (312) 794-7307
　　　　　　　　　　　　　　　　　　　　FDylewski@phillipslytle.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September, 2025, I caused a copy of the foregoing to be sent via email to the following counsel of record:

**For the United States of America:**

Johanna Franzen, johanna.franzen@usdoj.gov
Vanessa Moore, vanessa.moore@usdoj.gov
Daniel R. Dertke, daniel.dertke@usdoj.gov
Ann L. Wright, Ann.L.Wright@usace.army.mil
Jared D. Bustamante, Jared.D.Bustamante@usace.army.mil
Jared Pessetto, Pessetto.Jared@epa.gov
Erin Davis, Erin.Davis@usdoj.gov
Gabriela Campbell, Gabriela.Campbell@usdoj.gov
Catherine Chiccine, Chiccine.Catherine@epa.gov

**For General Dynamics:**

Wade Thomson, wthomson@jenner.com
Steve Siros, ssiros@jenner.com
Sarah L. Futernick, sfuternick@jenner.com
Steve Davidson, sdavidson@bairdholm.com
Lindsey Lundholm, llundholm@bairdholm.com

/s/Frank G. Dylewski