IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff and Counter-Defendant, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 8:23-cv-00416 |
| | ) | |
| GENERAL DYNAMICS CORPORATION | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DOW CHEMICAL COMPANY, | ) | |
| | ) | |
| Defendants and Counterclaimants. | ) | |

**NOTICE OF SERVICE OF THE UNITED STATES'**
**PRODUCTION OF DOCUMENTS PURSUANT TO FED. R. CIV. P. 26(a)(2)**

On September 12, 2025, the United States served a production of documents via JEFS Box.com in the folder titled "20250912 – Production." In accordance with ¶ 47(c) of the Court's Order and Stipulation Regarding Discovery Procedure, this production consists of materials reflecting facts and data considered by the United States' experts and *not* (a) already identified by Bates numbers and previously produced in this matter or (b) publicly available. In addition, while not required by ¶ 47(c), as a courtesy, the United States is producing certain publicly available documents considered by these experts that have not already been produced in this litigation.

Dated this 12th day of September, 2025.

1

Respectfully submitted,

*/s/ Jessica Warren*
Jessica Warren
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
Telephone: (202) 532-3174
Email: Jessica.Warren@usdoj.gov