# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GENERAL DYNAMICS CORPORATION and ) <br> DOW CHEMICAL COMPANY, ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) <br> THE DOW CHEMICAL COMPANY, ) <br> ) <br> Counter-Claimant, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Counter-Defendant. ) <br> _____ ) | Case No.: 8:23-CV-00416 <br><br> **NOTICE OF SERVICE OF THE DOW CHEMICAL COMPANY'S PRODUCTION OF DOCUMENTS** |

On September 15, 2025, Defendant The Dow Chemical Company ("Dow") served the following via electronic mail upon counsel for Plaintiff United States of America and Defendant General Dynamics Corporation:

1. Dow's production of documents Bates labeled DOW_NOP0007316 - DOW_NOP0008065.

Dated: September 15, 2025

PHILLIPS LYTLE LLP

*/s/ Frank G. Dylewski*
Frank G. Dylewski (pro hac vice)
35 W. Wacker Drive, 34th Floor
Chicago, Illinois 60601
Telephone No. (312) 794-7307
FDylewski@phillipslytle.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, 2025, I caused a copy of the foregoing to be sent via email to the following counsel of record:

**For the United States of America:**

Johanna Franzen, johanna.franzen@usdoj.gov
Vanessa Moore, vanessa.moore@usdoj.gov
Daniel R. Dertke, daniel.dertke@usdoj.gov
Ann L. Wright, Ann.L.Wright@usace.army.mil
Jared D. Bustamante, Jared.D.Bustamante@usace.army.mil
Jared Pessetto, Pessetto.Jared@epa.gov
Erin Davis, Erin.Davis@usdoj.gov
Gabriela Campbell, Gabriela.Campbell@usdoj.gov
Catherine Chiccine, Chiccine.Catherine@epa.gov

**For General Dynamics:**

Wade Thomson, wthomson@jenner.com
Steve Siros, ssiros@jenner.com
Sarah L. Futernick, sfuternick@jenner.com
Steve Davidson, sdavidson@bairdholm.com
Lindsey Lundholm, llundholm@bairdholm.com

/s/Frank G. Dylewski