IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>GENERAL DYNAMICS CORPORATION<br><br>and<br><br>DOW CHEMICAL COMPANY,<br><br>Defendants and Counterclaimants. | CIVIL ACTION NO. 8:23-cv-00416 |

**NOTICE OF SERVICE OF THE UNITED STATES' PRODUCTION OF DOCUMENTS**

On September 15, 2025, the United States served a document production via JEFS Box.com in the folder titled "20250915 - Production." This production includes declassified documents from the United States Air Force. The documents are Bates stamped with the prefix "USAF." There are 5 documents consisting of about 1088 pages.

Dated this 15th day of September, 2025.

Respectfully submitted,

/s/ Jessica Warren
Jessica Warren
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
Telephone: (202) 532-3174
Email: Jessica.Warren@usdoj.gov

1