# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff and Counter-Defendant, ) <br> ) <br> v. ) <br> ) <br> GENERAL DYNAMICS CORPORATION ) <br> ) <br> and ) <br> ) <br> DOW CHEMICAL COMPANY, ) <br> ) <br> Defendants and Counterclaimants. ) <br> _____ ) | CIVIL ACTION NO. 8:23-cv-00416 |

**NOTICE OF SERVICE OF THE UNITED STATES' PRODUCTION OF DOCUMENTS**

On September 19, 2025, the United States served a document production via JEFS Box.com in the folder titled "20250919 - Production." This production includes declassified documents from the United States Air Force. The documents are Bates stamped with the prefix "USAF." There are 3 documents consisting of about 833 pages.

Dated this 19th day of September, 2025.

                                                          Respectfully submitted,

                                                          */s/ Jessica Warren*
                                                          Jessica Warren
                                                          Environmental Enforcement Section
                                                          Environment and Natural Resources Division
                                                          United States Department of Justice
                                                          Telephone: (202) 532-3174
                                                          Email: Jessica.Warren@usdoj.gov