**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 8:23-00416 |
| ) | |
| GENERAL DYNAMICS CORPORATION ) | |
| and DOW CHEMICAL COMPANY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

On September 23, 2025, Plaintiff United States of America served the following via

electronic mail upon counsel for Defendant General Dynamics Corporation and Defendant Dow

Chemical Company:

1. Notice of Deposition of Richard White

2. Notice of Deposition of Tarek Saba, Ph.D.

Dated: 9/23/2025

Respectfully Submitted,

/s/ *Johanna M. Franzen*
Johanna M. Franzen
MN Bar # 0392191
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources
Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 598-3319
Johanna.Franzen@usdoj.gov