**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 8:23-cv-416** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **GENERAL DYNAMICS CORPORATION** | ) | |
| **and** | ) | |
| **DOW CHEMICAL COMPANY**, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**UNITED STATES' MOTION FOR A STAY OF ALL DEADLINES**

**IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of all deadlines in the above-captioned case.

1.      At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Plaintiffs. The Department does not know when such funding will be restored by Congress.

2.      Absent an appropriation, Department of Justice attorneys and many employees of the federal Plaintiffs are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

1

3.      Undersigned counsel for the Department of Justice therefore requests a stay of all deadlines in the entire case (including any deadlines to respond to Defendants' written discovery requests) until Congress has restored appropriations to the Department. However, undersigned counsel has obtained approval for a limited exception to proceed with one expert witness deposition scheduled for October 2nd and 3rd.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, all current deadlines for the parties be extended at least commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by at least the total number of days of the lapse in appropriations. Deadlines to respond to Defendants' outstanding written discovery requests would be extended directly commensurate with the duration of the lapse in appropriations. However, depending on the length of the lapse in appropriations and the availability of expert witnesses following any appropriation, an extension of other deadlines may be required beyond one directly commensurate with the duration of the lapse in appropriations. This is because there are seven 2-day depositions scheduled between October 7th and October 23rd and the schedules of expert witnesses and counsel may not allow those depositions to be rescheduled within a directly commensurate time period. And additional case deadlines, such as the deadline for filing *Daubert* motions, follow shortly after the October 17th expert witness deposition deadline (previously extended to October 23rd for one expert witness). After funds are appropriated, the Government would meet and confer with Defendants to determine (1) whether any additional extension is needed to accommodate the schedules of expert witnesses still needed to be deposed and counsel beyond an extension directly commensurate with the number of days of the lapse in appropriations and to (2) discuss the

scheduling matters previously discussed in the status conference on September 24, 2025, including the deadline to complete the production of any previously classified documents and the briefing schedule for *Daubert* and dispositive motions.

5.    Counsel for the Dow Chemical Company has authorized counsel for the Government to state that the Dow Chemical Company has no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

DATED:        October 1, 2025              Respectfully submitted,

                                           s/ *Johanna M. Franzen*
                                           Johanna M. Franzen
                                           MN Bar # 0392191
                                           Attorney for the United States
                                           Trial Attorney
                                           Environmental Enforcement Section
                                           Environment and Natural Resources Division
                                           United States Department of Justice
                                           P.O. Box 7611
                                           Washington, D.C. 20044
                                           Telephone: (202) 598-3319
                                           Email: Johanna.Franzen@usdoj.gov