IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | Case No. 8:23-cv-416 |
| ) | |
| v. ) | |
| ) | |
| **GENERAL DYNAMICS CORPORATION** ) | |
| and ) | |
| **DOW CHEMICAL COMPANY**, ) | |
| ) | |
| Defendants. ) | |

**UNITED STATES' NOTICE OF APPROPRIATIONS AND UNOPPOSED MOTION TO LIFT THE STAY**

Plaintiff, the United States of America, hereby provides notice to the Court that the lapse in appropriations has ended and moves to lift the stay of the above-captioned case. Defendants do not oppose this motion. In support, the United States represents as follows:

1. On October 1, 2025, the United States filed a motion for a stay of this case in light of a lapse in appropriations to the Department of Justice (DOJ) and most other Executive agencies. (ECF No. 409).

2. On October 2, 2025, the Court held a telephonic conference with the Parties and granted the United States' motion. (ECF No. 412).

3. On November 12, 2025, the lapse in appropriations ended, when the President signed H.R. 5371— Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026, so the stay is no longer necessary.

1

4.      However, given the complexity of the schedule and the need to accommodate expert witness schedules to complete depositions in this matter, among other things, the parties intend to meet and confer on a modified schedule in this matter and provide the Court with an update on their positions.

5.      In the interim, DOJ, General Dynamics Corporation, and The Dow Chemical Company have stipulated that the United States' responses to General Dynamics Corporation's Ninth Set of Requests for Admissions shall be due on November 25, 2025. (ECF No. 420). Since the remaining deadlines in this matter still have to be reset, this extension will not interfere with any court-imposed deadlines.

WHEREFORE, the United States respectfully requests that the Court grant this motion and lift the stay of the case.

DATED:    November 17, 2025        Respectfully submitted,

s/ *Johanna M. Franzen*
Johanna M. Franzen
MN Bar # 0392191
Attorney for the United States
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 598-3319
Email: Johanna.Franzen@usdoj.gov