IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,           )<br>)<br>Plaintiff and Counter-Defendant,   )<br>)<br>v.                                                               )<br>)<br>GENERAL DYNAMICS CORPORATION )<br>)<br>and                                                          )<br>)<br>DOW CHEMICAL COMPANY,              )<br>)<br>Defendants and Counterclaimants.  )<br>_____)  | CIVIL ACTION NO. 8:23-cv-00416 |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to NEGenR1.3(f), Frederick Phillips respectfully moves to withdraw as counsel for Plaintiff United States in the above-referenced matter effective immediately. Daniel Dertke, Johanna Franzen, Mark Elmer, Vanessa Moore, David Gordon, Katherine Romero, Sylvia Lam and Zachary Moor remain as counsel for the United States.

                                                         Respectfully submitted,

                                                         **FOR THE UNITED STATES:**

Dated: November 18, 2025                  */s/ Frederick S. Phillips*
                                                            Frederick S. Phillips
                                                             Senior Counsel
                                                             Environmental Enforcement Section
                                                             Environment and Natural Resources Division
                                                             United States Department of Justice
                                                              P.O. Box 7611
                                                              Washington, D.C. 20044
                                                              Telephone: (202) 532-3311
                                                              Email: Frederick.Phillips@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2025, I electronically filed the foregoing document with the Clerk of the Court via the efiling system, which sent notice to all counsel of record.

I further certify that, on November 18, 2025, I emailed the foregoing motion to agency personnel.

*/s/ Gabriela Campbell*
Gabriela Campbell
