IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 8:23-CV-416 |
| Plaintiff, | |
| v. | NOTICE OF SERVICE |
| GENERAL DYNAMICS CORPORATION and DOW CHEMICAL COMPANY, | |
| Defendants. | |

**NOTICE OF SERVICE OF GENERAL DYNAMICS CORPORATION'S PRODUCTION OF DOCUMENTS**

On November 21, 2025, Defendant General Dynamics Corporation served the following via electronic mail upon counsel for Plaintiff United States of America and Defendant Dow Chemical Company:

1. GD's overlay production of twenty-two documents with updated confidentiality designations.

1

| | |
|---|---|
| Dated: November 21, 2025 | Respectfully Submitted, |
| | GENERAL DYNAMICS CORPORATION, Defendant, |
| | **s/Wade A. Thomson** |
| | Wade A. Thomson |
| | Steven M. Siros |
| | *Pro hac vice* |
| | Attorneys for Defendant General Dynamics Corporation |
| | JENNER & BLOCK LLP |
| | 353 N. Clark St. |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 840-8613 |
| | Fax: (312) 527-0484 |
| | Email: wthomson@jenner.com |
| | Email: ssiros@jenner.com |
| | |
| | Matthew S. Hellman |
| | *Pro hac vice* |
| | Attorney for Defendant General Dynamics Corporation |
| | JENNER & BLOCK LLP |
| | 1099 New York Avenue, N.W., Suite 900 |
| | Washington, DC 20001 |
| | Telephone: (202) 639-6861 |
| | Fax: (202) 639-6066 |
| | Email: mhellman@jenner.com |
| | |
| | Steven D. Davidson |
| | Bar Number: 18684 |
| | Lindsay K. Lundholm |
| | Bar Number: 22224 |
| | Brian Barmettler |
| | Bar Number: 27017 |
| | Attorneys for Defendant General Dynamics Corporation |
| | BAIRD HOLM LLP |
| | 1700 Farnam Street, Suite 1500 |
| | Omaha, Nebraska 68102 |
| | Telephone: (402) 344-0500 |
| | Fax: (402) 344-0588 |

Email:	sdavidson@bairdholm.com
Email:	llundholm@bairdholm.com
Email:	bbarmettler@bairdholm.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on this twenty-first day of November, 2025, I caused a copy of the foregoing to be sent via email to the following counsel of record:

Johanna Franzen – johanna.franzen@usdoj.gov
Corrina Carter – corrina.carter@usdoj.gov
Vanessa Moore – vanessa.moore@usdoj.gov
Daniel R. Dertke - daniel.dertke@usdoj.gov
Ann L. Wright - Ann.L.Wright@usace.army.mil
Jared D. Bustamante - Jared.D.Bustamante@usace.army.mil
Jared Pessetto - Pessetto.Jared@epa.gov
Erin Davis - Erin.Davis@usdoj.gov
Gabriela Campbell - Gabriela.Campbell@usdoj.gov
Catherine Chiccine - Chiccine.Catherine@epa.gov

Steven M. Siros - ssiros@jenner.com
Sarah L. Futernick – sfuternick@jenner.com
Steven D. Davidson - sdavidson@bairdholm.com
Lindsay K. Lundholm - llundholm@bairdholm.com

Joel A. Blanchet - jblanchet@phillipslytle.com
Jaran R. Moten - jmoten@phillipslytle.com
Jeremy M. Amar-Dolan - jamar-dolan@phillipslytle.com
Frank G. Dylewski - FDylewski@phillipslytle.com
William F. Hargens - whargens@mcgrathnorth.com
Michael L. Moran - mmoran@mcgrathnorth.com

                                                **s/ Wade A. Thomson**