# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

    Plaintiff,

v.

GENERAL DYNAMICS CORPORATION
and DOW CHEMICAL COMPANY,

    Defendants.

CIVIL ACTION NO. 8:23-CV-416

## NOTICE OF SERVICE OF AMENDED NOTICES OF DEPOSITION OF JAY BRIGHAM, MATTHEW LOW, CHARLES MCLANE, FRED QUIVIK, AND WILEY WRIGHT

On December 2, 2025, Defendant General Dynamics Corporation ("GD") served the following via electronic mail upon counsel for Plaintiff United States of America and Defendant Dow Chemical Company:

1. Amended Notice of Deposition of Jay Brigham
2. Amended Notice of Deposition of Matthew Low
3. Amended Notice of Deposition of Charles McLane
4. Amended Notice of Deposition of Fred Quivik
5. Amended Notice of Deposition of Wiley Wright.

Dated: December 2, 2025

Respectfully Submitted,

GENERAL DYNAMICS CORPORATION,
Defendant,

s/Wade A. Thomson
Wade A. Thomson
Steven M. Siros
Sarah L. Futernick

1

*Pro hac vice*
Attorneys for Defendant General Dynamics Corporation


JENNER & BLOCK LLP
353 N. Clark St.
Chicago, Illinois 60654
Telephone: (312) 840-8613
Fax: (312) 527-0484
Email: wthomson@jenner.com
Email: ssiros@jenner.com
Email: sfuternick@jenner.com

Matthew S. Hellman
*Pro hac vice*
Attorney for Defendant General Dynamics Corporation
JENNER & BLOCK LLP
1099 New York Avenue, N.W., Suite 900
Washington, DC 20001
Telephone: (202) 639-6861
Fax: (202) 639-6066
Email: mhellman@jenner.com

Steven D. Davidson
Bar Number: 18684
Lindsay K. Lundholm
Bar Number: 22224
Brian Barmettler
Bar Number: 27017
Attorneys for Defendant General Dynamics Corporation
BAIRD HOLM LLP
1700 Farnam Street, Suite 1500
Omaha, Nebraska 68102
Telephone: (402) 344-0500
Fax: (402) 344-0588
Email: sdavidson@bairdholm.com
Email: llundholm@bairdholm.com
Email: bbarmettler@bairdholm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this second day of December, 2025, I caused a copy of the foregoing to be sent via email to the following counsel of record:

Johanna Franzen – johanna.franzen@usdoj.gov
Corrina Carter – corrina.carter@usdoj.gov
Vanessa Moore – vanessa.moore@usdoj.gov
Daniel R. Dertke - daniel.dertke@usdoj.gov
Ann L. Wright - Ann.L.Wright@usace.army.mil
Jared D. Bustamante - Jared.D.Bustamante@usace.army.mil
Jared Pessetto - Pessetto.Jared@epa.gov
Erin Davis - Erin.Davis@usdoj.gov
Gabriela Campbell - Gabriela.Campbell@usdoj.gov
Catherine Chiccine - Chiccine.Catherine@epa.gov

Steven M. Siros - ssiros@jenner.com
Sarah L. Futernick – sfuternick@jenner.com
Steven D. Davidson - sdavidson@bairdholm.com
Lindsay K. Lundholm - llundholm@bairdholm.com

Joel A. Blanchet - jblanchet@phillipslytle.com
Jaran R. Moten - jmoten@phillipslytle.com
Jeremy M. Amar-Dolan - jamar-dolan@phillipslytle.com
Frank G. Dylewski - FDylewski@phillipslytle.com
William F. Hargens - whargens@mcgrathnorth.com
Michael L. Moran - mmoran@mcgrathnorth.com

s/ Wade A. Thomson