**NOP – Proposed Schedule Post-Shutdown**

| Event | Pre-Shutdown Deadline | Day-for-Day Deadline | Defendants' Proposed Deadline | Plaintiff's Proposed Deadline[1] |
|---|---|---|---|---|
| Deadline for production of classified documents. | 10/10/25 (ECF No. 312) | 11/24/25 | 11/24/25[2] | Continuing the declassification review efforts and productions is incompatible with the September 21, 2026 trial date. Those efforts are no longer proportional to the needs of the case. There would be no benefit to continuing the declassification process since the documents would not be available in time to be used in any meaningful way at a September trial. Current estimate to complete declassification review and productions is July 15, 2026. |

---

[1] The United States respectfully informs the Court that its proposed deadlines are contingent on discontinuation of the declassification process. The United States can propose alternative dates if the burdensome declassification process must continue, but any such dates would not be compatible with the September 21, 2026 trial date.

[2] Defendants have proposed a day-for-day extension given the Court's statement at the 4/23/25 hearing (ECF No. 322) that the pre-shutdown 10/10/25 deadline extension for DOJ to produce previously classified documents was firm and there would "be no other extension." Plaintiff has asserted in recent meet and confers that it now intends to move for a protective order regarding classified documents and has added a footnote to its proposed schedule that its dates are "contingent" on it being relieved of its discovery obligations. That is improper. Defendants look forward to briefing that issue, as there is no good cause for such relief. For the sake of clarity, GD will do whatever is necessary to keep the trial date of September 21, 2026, and requests the opportunity to brief any attempt by DOJ to be relieved of its obligations or to move its deadline.

| | | | | |
|---|---|---|---|---|
| Motion to compel deadline re production of classified documents. | 10/24/25 (ECF No. 312) | 12/8/25 | 12/19/25 | N/A |
| Deadline to complete expert depositions. | 10/17/25 (ECF No. 350) (extended to 10/24/25 for Quivik deposition (ECF No. 407)) | 12/1/25 (12/8/25 if you consider Quivik extension) | 1/30/26 | 1/30/26 |
| Deadline to file motions to exclude testimony on *Daubert* and related grounds | 11/13/25 (ECF No. 350) | 12/26/25 | 2/27/26 | 2/13/26 |
| (Deadline for responses to *Daubert* motions) | 11/27/25 (14 days per Neb. L.R. 7.1) | 1/9/26 | 3/13/2026 | 3/4/26 |
| (Deadline for replies in support of *Daubert* motions) | 7 days | 1/16/26 | 3/20/2026 | 3/11/26 |

2

| | | | | |
|---|---|---|---|---|
| Deadline to file motions to dismiss and motions for summary judgment. | 12/5/25 (ECF No. 350) | 1/20/26 | DOJ deadline for Motions: 4/3/26<br><br>Defendants' Motions and Responses: 4/24/26<br><br>DOJ Replies and Responses: 5/15/2026<br><br>Defendants' Replies: 5/29/2026 | Deadline for the U.S.'s Opening Motions: 4/3/26<br><br>Defendants' Cross-Motions and Responses: 5/1/26<br><br>U.S. Replies and Responses: 5/29/2026<br><br>Defendants' Replies: 06/12/2026 |
| (Deadline for responses to any summary judgment motions) | 12/26/25 (21 days per Neb. L.R. 7.1, 56.1) | 2/9/26 | | |
| (Deadline for replies to any summary judgment motions) | 1/9/26 (14 days per Neb. L.R. 7.1, 56.1) | 2/23/26 | | |
| Trial date | N/A | N/A | September 21, 2026 as set by Court on November 23, 2025 | September 21, 2026 as set by Court on November 23, 2025 |

3