**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** | |
| Plaintiff/Counter-Defendant, | **8:23CV416** |
| vs. | |
| **GENERAL DYNAMICS CORPORATION, and DOW CHEMICAL COMPANY,** | **TRIAL SETTING ORDER** |
| Defendants/Counter-Claimants. | |

This matter is before the Court following a status conference held by telephone with counsel for the parties on December 11, 2025, before the undersigned magistrate judge. In advance of the conference, the Court ordered the parties to meet and confer and provide the Court with a proposed schedule for reinstatement of case progression deadlines following the stay necessitated by the lapse in appropriations during the government shutdown. See (Filing Nos. 412, 415, 422, 427). After review of the parties' proposed progression deadlines (Filing No. 437), and in accordance with the matters discussed during the conference and for good cause shown,

**IT IS ORDERED:**

1) The expert deposition deadline is extended to **January 30, 2026**.

2) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is extended to **February 27, 2026**.

3) The deadline for the United States to file an opening motion for summary judgment and/or motion to dismiss is **April 3, 2026.**
   a. The deadline for Defendants to file cross motions and responses to the United States' motion(s) is **April 24, 2026**.
   b. The deadline for the United States to file any reply in support of its opening motion and responses to Defendants' motions is **May 15, 2026**.
   c. The deadline for Defendants to file any reply to their motions is **May 29, 2026**.

4) The Final Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **August 17, 2026**, at **11:00 a.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov in Word format, by **3:00 p.m. on August 10, 2026**.

5) The non-jury trial of this case is set to commence before Brian C. Buescher, United States District Judge, in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m.** on **September 21, 2026**, or as soon

      thereafter as the case may be called, for a duration of **four (4) trial weeks**. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

6)     Motions in limine and motions seeking pretrial evidentiary hearings regarding the admissibility of evidence shall be filed no later than **twenty-eight (28)** days before trial.

7)     The parties are ordered to comply with **Judge Buescher's** Civil Non-jury Trial Practices posted at https://www.ned.uscourts.gov/attorney/judges-information.

Dated this 11th day of December, 2025.

                                                  BY THE COURT:

                                                  s/Michael D. Nelson
                                                  United States Magistrate Judge