IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff and Counter-Defendant, )<br>)<br>v. )<br>)<br>GENERAL DYNAMICS CORPORATION )<br>)<br>and )<br>)<br>DOW CHEMICAL COMPANY, )<br>)<br>Defendants and Counterclaimants. )<br>_____ ) | CIVIL ACTION NO. 8:23-cv-00416 |

**NOTICE OF SERVICE OF THE UNITED STATES' DISCLOSURE OF SUPPLEMENTAL EXPERT TESTIMONY AND PRODUCTION OF DOCUMENTS PURSUANT TO FED. R. CIV. P. 26(a)(2)**

On December 23, 2025, the United States served a Disclosure of Supplemental Expert Testimony Pursuant to Fed. R. Civ. P. 26(a)(2) via electronic mail upon all Parties. The United States also served a production of documents via JEFS Box.com in the folder titled "20251223 – Supplemental Expert Report and Documents Considered." This production includes the supplemental expert report identified in the United States' Disclosure of Supplemental Expert Testimony Pursuant to Fed. R. Civ. P. 26(a)(2) and documents considered by the supplementing expert in accordance with ¶ 47(c) of the Court's Order and Stipulation Regarding Discovery Procedure (ECF No. 41).

Dated this 23rd day of December, 2025.

Respectfully submitted,

*/s/ Vanessa Moore*
Vanessa Moore
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 532-3067
Email: Vanessa.Moore@usdoj.gov