# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff/Counter Defendant,<br><br>v.<br><br>GENERAL DYNAMICS CORPORATION AND DOW CHEMICAL COMPANY,<br><br>    Defendants/Counter Claimants. | Civil Action No. 8:23-cv-00416 |

## JOINT MOTION FOR EXTENSION OF EXPERT DEPOSITION DEADLINE FOR WILEY WRIGHT

The parties jointly request an extension of the expert deposition deadline solely for the purpose of completing the deposition of Plaintiff's expert Wiley Wright on February 18 and 19, 2026. In support, the parties state that Mr. Wright was originally scheduled to be deposed in December 2025, but the deposition was postponed due to the witness experiencing an unexpected health issue. Given other preexisting commitments of counsel and the witness, the earliest alternative available date is February 18 and 19, 2026. The parties agree that this extension will not impact other progression deadlines, including the deadline for the completion of other expert witness depositions, except that any motion to exclude the testimony of Mr. Wright may be filed within four weeks after the completion of Mr. Wright's deposition.

Dated this 12th day of January, 2026.

Respectfully submitted,

**Counsel for Plaintiff United States:**

*/s/* Johanna M. Franzen
Johanna M. Franzen
Trial Attorney
MN Bar #0392191
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 598-3319
Johanna.Franzen@usdoj.gov

**Counsel for Defendant General Dynamics:**

*/s/* Wade A. Thomson
Wade A. Thomson
Steve M. Siros
Sarah L. Futernick
*Pro hac vice*
Attorneys for Defendant General Dynamics Corporation
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, Illinois 60654
Telephone: (312) 840-8613
Fax: (312) 527-0484
Email: wthomson@jenner.com
Email: ssiros@jenner.com
Email: sfuternick@jenner.com

Matthew S. Hellman
*Pro hac vice*
Attorney for Defendant General Dynamics Corporation
JENNER & BLOCK LLP
1099 New York Avenue, N.W., Suite 900
Washington, DC 20001
Telephone: (202) 639-6861
Fax: (202) 639-6066
Email: mhellman@jenner.com

Steven D. Davidson
Bar Number: 18684
Lindsay K. Lundholm
Bar Number: 22224
Brian Barmettler
Bar Number: 27017
Attorneys for Defendant General Dynamics Corporation
BAIRD HOLM LLP
1700 Farnam Street, Suite 1500
Omaha, Nebraska 68102
Telephone: (402) 344-0500
Fax: (402) 344-0588
Email: sdavidson@bairdholm.com
Email: llundholm@bairdholm.com

Email: bbarmettler@bairdholm.com

**Counsel for Defendant Dow:**

*/s/Frank G. Dylewski*
FRANK G. DYLEWSKI (pro hac vice)
JARAN R. MOTEN (pro hac vice)
161 N. Clark, Suite 1700
Chicago, IL 60601
Telephone No. (312) 794-7307
FDylewski@phillipslytle.com
jmoten@phillipslytle.com

JOEL A. BLANCHET (pro hac vice)
JEREMY M. AMAR-DOLAN (pro hac vice)
Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, New York 14203
Telephone No. (716) 847-8400
jblanchet@phillipslytle.com
jamar-dolan@phillipslytle.com

WILLIAM F. HARGENS (#16578)
MICHAEL L. MORAN (#24042)
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102
Telephone No. (402) 341-3070
whargens@mcgrathnorth.com
mmoran@mcgrathnorth.com

3

## CERTIFICATE OF SERVICE

      I hereby certify that on this twelfth day of January, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

                                                  /s/ Wade A. Thomson