# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff and Counter-Defendant, ) <br> ) <br> v. ) <br> ) <br> GENERAL DYNAMICS CORPORATION ) <br> ) <br> and ) <br> ) <br> DOW CHEMICAL COMPANY, ) <br> ) <br> Defendants and Counterclaimants. ) <br> ) | CIVIL ACTION NO.: 8:23-CV-00416 |

## JOINT MOTION FOR EXTENSION OF EXPERT DEPOSITION DEADLINE FOR DR. JAY BRIGHAM

The parties jointly request an extension of the expert deposition deadline for the purpose of completing the deposition of Plaintiff's expert Jay Brigham on February 2 and 3, 2026. In support, the parties state Dr. Brigham was originally scheduled to be deposed in January 2026, but the deposition was postponed due to severe winter storms that prevented travel to Washington DC, where the deposition was to take place. Given other preexisting commitments of counsel and the witness, the earliest alternative available dates are February 2 and 3, 2026. The parties agree that this extension will not impact other progression deadlines, including the deadline for the completion of other expert witness depositions, except that any motion to exclude the testimony of Dr. Brigham may be filed within four weeks after the completion of Dr. Brigham's deposition.

Dated this 26th day of January, 2026

Respectfully submitted,

| **Counsel for Plaintiff United States** | **Counsel for Defendant General Dynamics:** |
|---|---|
| */s/ Johanna M. Franzen* | */s/ Wade A. Thomson* |
| Johanna M. Franzen | Wade A. Thomson |
| Trial Attorney | Steve M. Siros |
| MN Bar #0392191 | Sarah L. Futernick *Pro hac vice* |
| Environmental Enforcement Section | Attorneys for Defendant General Dynamics Corporation |
| Environment and Natural Resources Division | JENNER & BLOCK LLP |
| United States Department of Justice | 353 N. Clark St. |
| P.O. Box 7611 | Chicago, Illinois 60654 |
| Washington, D.C. 20044 | Telephone: (312) 840-8613 |
| Telephone: (202) 598-3319 | Fax: (312) 527-0484 |
| Johanna.Franzen@usdoj.gov | Email: wthomson@jenner.com |
| | Email: ssiros@jenner.com |
| | Email: sfuternick@jenner.com |
| | |
| | Matthew S. Hellman *Pro hac vice* |
| | Attorney for Defendant General Dynamics Corporation |
| | JENNER & BLOCK LLP |
| | 1099 New York Avenue, N.W., Suite 900 |
| | Washington, DC 20001 |
| | Telephone: (202) 639-6861 |
| | Fax: (202) 639-6066 |
| | Email: mhellman@jenner.com |
| | |
| | Steven D. Davidson |
| | Bar Number: 18684 |
| | Lindsay K. Lundholm |
| | Bar Number: 22224 |
| | Brian Barmettler |
| | Bar Number: 27017 |
| | Attorneys for Defendant General Dynamics Corporation |
| | BAIRD HOLM LLP |
| | 1700 Farnam Street, Suite 1500 |
| | Omaha, Nebraska 68102 |
| | Telephone: (402) 344-0500 |
| | Fax: (402) 344-0588 |
| | Email: sdavidson@bairdholm.com |
| | Email: llundholm@bairdholm.com |
| | Email: bbarmettler@bairdholm.com |

**Counsel for Defendant Dow:**

*/s/ Frank G. Dylewski*_____
JOHN R. WORTH (pro hac vice)
FRANK G. DYLEWSKI (pro hac vice)
JARAN R. MOTEN (pro hac vice)
35 W. Wacker, 34th Floor
Chicago, IL 60601
Telephone No. (312) 794-7300
Jworth@phillipslytle.com
FDylewski@phillipslytle.com
jmoten@phillipslytle.com

JOEL A. BLANCHET (pro hac vice)
JEREMY M. AMAR-DOLAN (pro hac vice)
Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, New York 14203
Telephone No. (716) 847-8400
jblanchet@phillipslytle.com
jamar-dolan@phillipslytle.com

MICHAEL L. MORAN (#24042)
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102
Telephone No. (402) 341-3070
mmoran@mcgrathnorth.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel or record.

Dated: January 26, 2026

                                              */s/ Frank G. Dylewski*
                                              Frank G. Dylewski