## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff and Counter-Defendant,<br><br>     v.<br><br>GENERAL DYNAMICS CORPORATION and<br>DOW CHEMICAL COMPANY,<br><br>          Defendants and Counterclaimants. | Civil Action No. 8:23-cv-00416 |

### UNITED STATES' STATUS REPORT

Plaintiff, the United States of America, provides this status report regarding the progression of the production of declassified documents in this case, as required by the Court's minute entry (ECF No. 451). The United States last filed a status report on December 5, 2025. ECF No. 436. For consistency, the United States will again address the same three sets (or "buckets") of classified documents referenced in the parties' prior status reports. *E.g.*, ECF Nos. 353, 380, 436.

Classified Documents Held by the Air Force (Bucket 1 Documents)

Since the last status report, the United States completed three productions of Bucket 1 documents. On December 10, 2025, the United States produced four documents totaling about 1,100 pages. On December 17, 2025, the United States produced eight documents totaling about 2,200 pages. On January 26, 2026, the United States produced eight documents totaling about 4,000 pages.

Office of Secretary of Defense ("OSD") staff continue to make progress on their declassification-review efforts and maintain an estimated completion date for Bucket 1 at the end of January 2026. Additional agencies with still-pending declassification reviews of Bucket 1 documents include the Department of Energy, the Army, the National Reconnaissance Office, and

the National Aeronautics and Space Administration.[1] Once the additional agencies complete their declassification reviews, they will return the documents to the Air Force Declassification Office ("AFDO") for continued processing, finalization of any redactions, and sanitization for release.

Based on estimated timelines for completion of these other agencies' reviews and the AFDO's staffing and other constraints, AFDO also maintains its estimated completion date of June 30, 2026.

Classified Air Force Documents Held at NARA (Bucket 2 Documents)

As previously reported, the United States completed its responsiveness review for Bucket 2 and has produced twenty-four documents, totaling about 330 pages. ECF Nos. 353, 380, 436. The Department of Energy has completed its declassification review for Bucket 2 and returned its documents to the National Archives and Research Agency ("NARA"). The only remaining review agency for Bucket 2 documents identified at this time is OSD, which recently completed its declassification-review process. OSD is transmitting the documents back to NARA. As of the close of business on January 23, 2026, NARA had not yet received them.

The NARA team has represented that they will need two to three weeks to process and provide the documents to the United States Department of Justice once the Bucket 2 documents are returned from OSD.

---

[1]    As the declassification review progresses, each agency may identify additional agencies with a potential equity or review interest in a particular document, so the number of reviewing agencies and documents under review at those agencies has expanded over time in this non-linear process. It is not possible to definitively and conclusively identify in advance other agencies with jurisdiction over particular document contents until each document is reviewed for declassification initially, because a new reviewing interest by another agency may be later identified. All implicated agencies must be given an opportunity to review for declassification.

<u>Classified Secretary of Defense Documents Held at NARA (Bucket 3 Documents)</u>

As the United States previously informed the Court, the United States has completed this review and did not identify any responsive and non-duplicative documents. ECF Nos. 353, 380, 436.

<u>Recent Motions Concerning the Review and Production of Classified Documents</u>

As the United States informed the Court in its last status report, the United States cannot continue and complete the burdensome declassification-review process and productions in a manner that would allow meaningful consideration of those productions consistent with the September 21, 2026, trial date. Consistent with this position, on January 23, 2026, the United States filed objections to Magistrate Judge Nelson's Orders dated December 11, 2026 (ECF No. 451) and January 14, 2026 (ECF No. 470), moved to submit evidence in support of its objections, and moved to stay portions of the December 11 order pending resolution of those objections. ECF Nos. 482–489.

Unless and until the United States obtains relief from continuing its declassification efforts, the United States will continue making rolling productions and filing status reports every forty-five days. Based on the current estimated timelines for completion of declassification review provided by AFDO and NARA and allowing follow-on time to complete productions after the completion of the declassification-review process for both Buckets 1 and 2 documents, the United States estimates the completion date of the declassification review process and productions will be

July 15, 2026 (approximately two weeks after AFDO's estimated completion for the Bucket 1 documents).

Dated: January 26, 2026                     Respectfully submitted,

                                            *s/ Brandon N. Adkins*
                                            BRANDON N. ADKINS
                                            DANIEL DERTKE
                                            U.S. Department of Justice
                                            Environmental Defense Section
                                            P.O. Box 7611
                                            Washington, D.C. 20044
                                            (202) 598-9562 (Adkins)
                                            (202) 532-3155 (Dertke)
                                            Brandon.Adkins@usdoj.gov
                                            Daniel.Dertke@usdoj.gov

                                            JOHANNA M. FRANZEN
                                            MN Bar # 0392191
                                            VANESSA MOORE
                                            DAVID L. GORDON
                                            ZACHARY N. MOOR (MA Bar No. 681469)
                                            U.S. Department of Justice
                                            Environmental Enforcement Section
                                            P.O. Box 7611
                                            Washington, D.C. 20044
                                            (202) 598-3319 (Franzen)
                                            Johanna.Franzen@usdoj.gov
                                            Vanessa.Moore@usdoj.gov
                                            David.L.Gordon@usdoj.gov
                                            Zachary.Moor@usdoj.gov

                                            MARK C. ELMER
                                            U.S. Department of Justice
                                            Environmental Enforcement Section
                                            999 18th Street, North Terrace, Suite 600
                                            Denver, CO 80210
                                            (303) 519-4954
                                            Mark.Elmer@usdoj.gov

                                            *Counsel for Plaintiff United States*