IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff and Counter-Defendant, )<br>)<br>v. )<br>)<br>GENERAL DYNAMICS CORPORATION )<br>)<br>and )<br>)<br>DOW CHEMICAL COMPANY, )<br>)<br>Defendants and Counterclaimants. )<br>_____ ) | CIVIL ACTION NO. 8:23-cv-00416 |

**JOINT MOTION FOR BRIEFING SCHEDULE WITH RESPECT TO THE UNITED STATES' OBJECTIONS (ECF NO. 486) AND THE DOW CHEMICAL COMPANY'S MOTION TO DISMISS (ECF NO. 505)**

The Parties hereby move the Court to set the following briefing schedule in relation to the United States' Objections (ECF No. 486) and the Dow Chemical Company's Motion to Dismiss (ECF No. 505). Given the overlapping issues in the Objections and Motion to Dismiss, the Parties believe that it will be most efficient for the Court and the Parties to brief these matters as follows:

- The deadline for the United States and GD to file a response to Dow Chemical Company's Motion to Dismiss and a separate reply by the United States in support of its Objections is February 26, 2026.[1]

---

[1] Defendants each filed consolidated responses in opposition to the Objections, the United States' Motion for Leave to Submit Evidence in Support of its Objections (ECF No. 482), and Motion to Stay Portions of Order ECF No. 451 (ECF No. 488). ECF No. 513 ("General Dynamics' Consolidated Response") and ECF No. 515 ("Dow's Consolidated Response"). Dow's

1

- The deadline for the Dow Chemical Company to file a reply in support of its Motion to Dismiss is March 12, 2026.

Dated this 12th day of February, 2026

Respectfully submitted,

| **Counsel for Plaintiff United States:** | **Counsel for Defendant General Dynamics:** |
|---|---|
| */s/ David L. Gordon* | */s/ Wade A. Thomson* |
| David L. Gordon | Wade A. Thomson |
| Senior Attorney | Steve M. Siros |
| Environmental Enforcement Section | Sarah L. Futernick *Pro hac vice* |
| Environment and Natural Resources Division | Attorneys for Defendant General Dynamics Corporation |
| United States Department of Justice | JENNER & BLOCK LLP |
| P.O. Box 7611 | 353 N. Clark St. |
| Washington, D.C. 20044 | Chicago, Illinois 60654 |
| Telephone: (202) 532-5456 | Telephone: (312) 840-8613 |
| david.l.gordon@usdoj.gov | Fax: (312) 527-0484 |
| | Email: wthomson@jenner.com |
| | Email: ssiros@jenner.com |
| | Email: sfuternick@jenner.com |
| | |
| | Matthew S. Hellman *Pro hac vice* |
| | Attorney for Defendant General Dynamics Corporation |
| | JENNER & BLOCK LLP |
| | 1099 New York Avenue, N.W., Suite 900 |
| | Washington, DC 20001 |
| | Telephone: (202) 639-6861 |
| | Fax: (202) 639-6066 |
| | Email: mhellman@jenner.com |

---

Consolidated Response incorporates by reference the entirety of its separately filed Motion to Dismiss and accompanying papers. ECF No. 515 at 2. Given the overlapping issues, the United States believes a reply in support of its Objections is warranted, and the Parties jointly move that the Court permit the reply on the timeline set forth herein. However, the United States will separately file a Reply in Support of its Motion for Leave to Submit Evidence and Motion to Stay in the ordinary course (by February 13, 2026) under NECivR. 7.1(c) given that those motions pose narrower and sufficiently distinct questions.

2

Steven D. Davidson
Bar Number: 18684
Lindsay K. Lundholm
Bar Number: 22224
Brian Barmettler
Bar Number: 27017
Attorneys for Defendant General Dynamics Corporation
BAIRD HOLM LLP
1700 Farnam Street, Suite 1500
Omaha, Nebraska 68102
Telephone: (402) 344-0500
Fax: (402) 344-0588
Email:  sdavidson@bairdholm.com
Email:  llundholm@bairdholm.com
Email:  bbarmettler@bairdholm.com

**Counsel for Defendant Dow:**

*/s/ Frank G. Dylewski*
JOHN R. WORTH (pro hac vice)
FRANK G. DYLEWSKI (pro hac vice)
JARAN R. MOTEN (pro hac vice)
35 W. Wacker, 34th Floor
Chicago, IL 60601
Telephone No. (312) 794-7300
Jworth@phillipslytle.com
FDylewski@phillipslytle.com
jmoten@phillipslytle.com

JOEL A. BLANCHET (pro hac vice)
JEREMY M. AMAR-DOLAN (pro hac vice)
Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, New York 14203
Telephone No. (716) 847-8400
jblanchet@phillipslytle.com
jamar-dolan@phillipslytle.com

MICHAEL L. MORAN (#24042)
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street

                    Omaha, Nebraska 68102
                    Telephone No. (402) 341-3070
                    mmoran@mcgrathnorth.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 12, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                     */s/ David L. Gordon*
                                     Senior Attorney
                                     U.S. Department of Justice