IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff and Counter-Defendant,<br><br>v.<br><br>GENERAL DYNAMICS CORPORATION and DOW CHEMICAL COMPANY,<br><br>   Defendants and Counterclaimants. | Civil Action No. 8:23-cv-00416 |

## UNITED STATES' STATUS REPORT

Plaintiff, the United States of America, provides this status report regarding the progression of the production of declassified documents in this case, as required by the Court's minute entry (ECF No. 451). The United States last filed a status report on January 26, 2026. ECF No. 493. For consistency, the United States will again address the same three sets (or "buckets") of classified documents referred to in the parties' prior status reports. *E.g.*, ECF Nos. 353, 380, 436, 493.

<u>Classified Documents Held by the Air Force (Bucket 1 Documents)</u>

Since the last status report, the United States completed two productions of Bucket 1 documents. On February 19, 2026, the United States produced seven documents totaling about 5,300 pages; the production consisted of newly declassified materials and reproductions of three documents with attempted legibility improvements or additional declassified pages. On March 11, 2026, the United States produced three documents totaling about 3,700 pages.

Agencies with still-pending declassification reviews of Bucket 1 documents include the Department of Energy and Office of the Secretary of Defense.[1] Once the additional agencies

---

[1] As the declassification review progresses, each agency may identify additional agencies with a potential equity or review interest in a particular document, so the number of reviewing

complete their declassification reviews, they will return the documents to the Air Force Declassification Office ("AFDO") for continued processing, finalization of any redactions, and sanitization for release.

Based on estimated timelines for completion of these other agencies' reviews and AFDO's staffing and other constraints, AFDO maintains its estimated completion date of June 30, 2026.

Classified Air Force Documents Held at NARA (Bucket 2 Documents)

As previously reported, the United States completed its responsiveness review for Bucket 2 and has produced twenty-four documents, totaling about 330 pages. ECF Nos. 353, 380, 436, 493. The Department of Energy and the Office of the Secretary of Defense have completed their declassification review for Bucket 2 and returned their documents to National Archives and Research Agency ("NARA"). NARA expects to complete declassification of bucket two documents and provide those documents to the United States Department of Justice by the end of the month.

Update on Recent Motions Concerning the Review and Production of Classified Documents

As the United States informed the Court in its last status report, the United States cannot continue and complete the burdensome declassification-review process and productions in a manner that would allow meaningful consideration of those productions consistent with the September 21, 2026, trial date. Consistent with this position, on January 23, 2026, the United States filed objections to Magistrate Judge Nelson's Orders dated December 11, 2026 (ECF No. 451) and January 14, 2026 (ECF No. 470), moved to submit evidence in support of its objections, and moved

---

agencies and documents under review at those agencies has expanded over time in this non-linear process. It is not possible to definitively and conclusively identify in advance other agencies with jurisdiction over particular document contents until each document is reviewed for declassification initially, because a new reviewing interest by another agency may be later identified. All implicated agencies must be given an opportunity to review for declassification.

to stay portions of the December 11 order pending resolution of those objections. ECF Nos. 482–489. The Court denied the motion for stay. ECF No. 526. The other motions remain pending.

Unless and until the United States obtains relief from continuing its declassification efforts, the United States will continue making rolling productions and filing status reports every forty-five days. Based on the current estimated timelines for completion of declassification review provided by AFDO and NARA and allowing follow-on time to complete productions after the completion of the declassification-review process for both Buckets 1 and 2 documents, the United States estimates the completion date of the declassification review process and productions will be July 15, 2026 (approximately two weeks after AFDO's estimated completion for the Bucket 1 documents).

Dated: March 12, 2026                                  Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*s/ Brandon N. Adkins*
BRANDON N. ADKINS (D.C. Bar #1010947)
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-9562
Brandon.Adkins@usdoj.gov

*Counsel for Plaintiff the United States of America*

## CERTIFICATE OF SERVICE

I certify that on March 12, 2026, I electronically filed the foregoing United States' Status Report with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>*s/ Brandon N. Adkins*
>Brandon N. Adkins
>Senior Trial Counsel
>U.S. Department of Justice