**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff/Counter Defendant,<br><br>　v.<br><br>GENERAL DYNAMICS CORPORATION<br>AND DOW CHEMICAL COMPANY,<br><br>　　　　Defendants/Counter Claimants. | Civil Action No. 8:23-cv-00416 |

**STIPULATION REGARDING THE AUTHENTICITY OF DOCUMENTS**
**FOR USE IN PRE-TRIAL MOTIONS**

The parties in the above captioned matter, by and through their respective counsel, hereby stipulate and agree:

1.　　　The parties have produced over 9.7 million pages of documents in the above-captioned action, many of which are of a historic nature.

2.　　　The parties have collected documents from a number of sources, including but not limited to the parties' respective records storage or facilities, the National Archives, public libraries, other publicly available research facilities, or personal records of individuals including former employees. Documents have also been produced in the above captioned action pursuant to third-party subpoenas.

3.　　　Federal Rule of Evidence 901(a) requires the parties "[t]o satisfy the requirement of authenticating or identifying an item of evidence" by "produc[ing] evidence sufficient to support a finding that the item is what the proponent claims it is."

4.　　　To avoid the burden of individually authenticating each document for summary judgment or other pre-trial motions, the parties agree that all documents produced in

1

the above-captioned action are presumed to be authentic as to what each document appears to be on its face and to otherwise satisfy the requirements of Federal Rule of Evidence 901.

5.      To the extent that any party disputes the authenticity of any document produced in this action and referred to in any pretrial motion (or opposition to such a motion), that party must promptly notify the other parties of any objection no later than the time the party's opposition to the pretrial motion (or reply to such opposition) is due.  To the extent that a party objects to the authenticity of a document relied upon in a reply brief or other filing to which no responsive filing is permitted, the objecting party shall promptly notify the other parties of any such objection within 14 calendar days of service of the filing that prompts the objection.  The parties will then promptly meet and confer regarding the origin of the document, and the challenged party shall demonstrate the authenticity of that document pursuant to the Federal Rules of Evidence. If a party's challenge to the authenticity of a document can be resolved by the submission of a certification, affidavit, or declaration, the parties agree that they may obtain and exchange that information notwithstanding the close of discovery and that the party may submit such a certification, affidavit, or declaration to the Court to consider in connection with resolving the applicable pretrial motion, regardless of whether the parties have reached agreement on the challenged document's authenticity.


Dated this 31st day of March, 2026.

Respectfully submitted,

| Counsel for Plaintiff United States: | Counsel for Defendant General Dynamics: |
|---|---|

/s/ Johanna M. Franzen
BRANDON N. ADKINS
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-9562 (Adkins)
Brandon.Adkins@usdoj.gov

JOHANNA M. FRANZEN
MN Bar # 0392191
VANESSA MOORE
DAVID L. GORDON
ZACHARY N. MOOR (MA Bar No. 681469)
U.S. Department of Justice
Environmental Enforcement Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3319 (Franzen)
Johanna.Franzen@usdoj.gov
Vanessa.Moore@usdoj.gov
David.L.Gordon@usdoj.gov
Zachary.Moor@usdoj.gov

MARK C. ELMER
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street, North Terrace, Suite 600
Denver, CO 80210
(303) 519-4954
Mark.Elmer@usdoj.gov
*Counsel for Plaintiff United States*
(303) 844-1352 (Elmer)
Mark.Elmer@usdoj.gov

/s/ Wade A. Thomson
Wade A. Thomson
Steve M. Siros
Sarah L. Futernick
*Pro hac vice*
Attorneys for Defendant General Dynamics
Corporation
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, Illinois 60654
Telephone: (312) 840-8613
Fax: (312) 527-0484
Email:  wthomson@jenner.com
Email:  ssiros@jenner.com
Email:  sfuternick@jenner.com

Matthew S. Hellman
*Pro hac vice*
Attorney for Defendant General Dynamics
Corporation
JENNER & BLOCK LLP
1099 New York Avenue, N.W., Suite 900
Washington, DC 20001
Telephone: (202) 639-6861
Fax: (202) 639-6066
Email:  mhellman@jenner.com

Steven D. Davidson
Bar Number: 18684
Lindsay K. Lundholm
Bar Number: 22224
Brian Barmettler
Bar Number: 27017
Attorneys for Defendant General Dynamics
Corporation
BAIRD HOLM LLP
1700 Farnam Street, Suite 1500
Omaha, Nebraska 68102
Telephone: (402) 344-0500
Fax: (402) 344-0588
Email:  sdavidson@bairdholm.com
Email:  llundholm@bairdholm.com

3

Email:  bbarmettler@bairdholm.com

**Counsel for Defendant Dow:**

*/s/ Frank G. Dylewski*
FRANK G. DYLEWSKI (pro hac vice)
JARAN R. MOTEN (pro hac vice)
35 W. Wacker Drive, 34th Floor
Chicago, IL 60601
Telephone No. (312) 794-7307
FDylewski@phillipslytle.com
jmoten@phillipslytle.com

JOEL A. BLANCHET (pro hac vice)
JEREMY M. AMAR-DOLAN (pro hac vice)
Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, New York 14203
Telephone No. (716) 847-8400
jblanchet@phillipslytle.com
jamar-dolan@phillipslytle.com

MICHAEL L. MORAN (#24042)
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102
Telephone No. (402) 341-3070
mmoran@mcgrathnorth.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2026, I electronically filed the foregoing Stipulation Regarding the Authenticity of Documents for Use in Pre-Trial Motions with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Johanna M. Franzen
Johanna M. Franzen
Trial Attorney
U.S. Department of Justice