IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL DYNAMICS CORPORATION, and DOW CHEMICAL COMPANY,<br><br>Defendants. | **8:23CV416**<br><br>**ORDER ON STIPULATION REGARDING AUTHENTICITY OF DOCUMENTS FOR USE IN PRE-TRIAL MOTIONS** |

This case is before the Court on the parties' Stipulation Regarding the Authenticity of Documents for Use in Pre-Trial Motions, signed by counsel for all parties. Filing 649. In most pertinent part, the parties stipulate that to avoid the burden of individually authenticating each document for summary judgment or other pre-trial motions, they agree that all documents produced in this action are presumed to be authentic as to what each document appears to be on its face and to otherwise satisfy the requirements of Federal Rule of Civil Procedure 901. Filing 649 at 1–2 (¶ 4). They also stipulate to the manner in which they will address disputes over the authenticity of such documents. Filing 649 at 2 (¶ 5). The Court finds the stipulation acceptable. Accordingly,

IT IS ORDERED that the parties' Stipulation Regarding the Authenticity of Documents for Use in Pre-Trial Motions, Filing 649, is accepted.

Dated this 1st day of April, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1