**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff and Counter-Defendant,<br><br>　v.<br><br>GENERAL DYNAMICS CORPORATION<br>AND DOW CHEMICAL COMPANY,<br><br>　　　　Defendants and Counterclaimants. | Civil Action No. 8:23-cv-00416 |

**UNITED STATES' STATUS REPORT**

Plaintiff, the United States of America, provides this status report regarding the progression of the production of declassified documents in this case, as required by the Court's minute entry (ECF No. 451). The United States last filed a status report on March 12, 2026. ECF No. 582. For consistency, the United States will again address the same set (or "buckets") of classified documents referred to in the parties' prior status reports. *E.g.*, ECF No. 582. Since the last status report, the United States completed production of Bucket 2 documents, and documents in only Bucket 1 remain.

Classified Documents Held by the Air Force (Bucket 1 Documents)

Since the last status report, the United States completed one production of Bucket 1 documents. On March 31, 2026, the United States produced thirteen documents totaling about 4,000 pages. The United States also reproduced pages on April 10, 2026, to enhance legibility.

Agencies with still-pending declassification reviews of Bucket 1 documents include the Department of Energy and Office of the Secretary of Defense.[1] Once the additional agencies

---

[1]　As the declassification review progresses, each agency may identify additional agencies with a potential equity or review interest in a particular document, so the number of reviewing

1

complete their declassification reviews, they will return the documents to the Air Force Declassification Office ("AFDO") for continued processing, finalization of any redactions, and sanitization for release.

Based on estimated timelines for completion of these other agencies' reviews and AFDO's staffing and other constraints, AFDO maintains its estimated completion date of June 30, 2026.

Classified Air Force Documents Held at National Archives (Bucket 2 Documents)

Since the last status report, the United States completed one production of Bucket 2 documents from the National Archives and Research Agency. On April 24, 2026, the United States produced 54 documents totaling about 2,500 pages. Bucket 2 document production is complete.

Timing to Complete Production of Classified Documents

Unless and until the United States obtains relief from continuing its declassification efforts, the United States will continue making rolling productions and filing status reports every forty-five days. Based on the current estimated timelines for completion of declassification review provided by AFDO and allowing follow-on time to complete productions after the completion of the declassification-review process for the remaining Bucket 1 documents, the United States estimates the completion date of the declassification review process and productions will be July 15, 2026 (approximately two weeks after AFDO's estimated completion for the Bucket 1 documents).

---

agencies and documents under review at those agencies has expanded over time in this non-linear process. It is not possible to definitively and conclusively identify in advance other agencies with jurisdiction over particular document contents until each document is reviewed for declassification initially, because a new reviewing interest by another agency may be later identified. All implicated agencies must be given an opportunity to review for declassification.

Dated: April 27, 2026

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*s/ Brandon N. Adkins*
BRANDON N. ADKINS (D.C. Bar #1010947)
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-9562
Brandon.Adkins@usdoj.gov

*Counsel for Plaintiff the United States of America*

3

**CERTIFICATE OF SERVICE**

I certify that on April 27, 2026, I electronically filed the foregoing United States' Status

Report with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to all counsel of record.

*s/ Brandon N. Adkins*
Brandon N. Adkins
Senior Trial Counsel
U.S. Department of Justice