**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** | |
| **Plaintiff/Counter-Defendant,** | **8:23CV416** |
| **vs.** | **AMENDED** |
| **GENERAL DYNAMICS CORPORATION, and DOW CHEMICAL COMPANY,** | **TRIAL SETTING ORDER** |
| **Defendants/Counter-Claimants.** | |

This matter is before the Court following the filing of the parties' Status Report (Filing No. 697).  After review of the parties' proposed progression deadlines and for good cause shown,

**IT IS ORDERED:**

1)   The deadline for plaintiff/counter-defendant's production of all declassified documents is **July 15, 2026**.

2)   The deadline for service of follow-up written discovery is **July 29, 2026.**

3)   The deadline for responses to follow-up written discovery is **August 19, 2026**.

4)   The deadline for follow-up fact depositions, including but not limited to depositions for oral testimony only under Rule 45, is **August 26, 2026**.

5)   The deadline for motions to compel follow-up written discovery under Rules 33, 34, 36, and 45 is **September 3, 2026**.[1]

6)   The deadline for completing amended/supplemental expert disclosures for all experts expected to testify at trial, both retained experts, Fed. R. Civ. P. 26(a)(2)(B), and non-retained experts, Fed. R. Civ. P. 26(a)(2)(C), including any rebuttal to Dr. Jay Brigham's Supplemental Report dated December 23, 2025, is **September 11, 2026**.

7)   The deadline for rebuttals to amended/supplemental expert reports is **September 25, 2026**.

8)   The deadline for follow-up expert depositions is **October 9, 2026**.

9)   The deadline for filing amended/supplemental motions to exclude testimony on *Daubert* and related grounds is **October 23, 2026.**

10)   The deadline for defendants/counter-claimants to file cross motions for summary judgment and responses to plaintiff/counter-defendant's motion for partial summary judgment is **October 30, 2026**.

---

[1]A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

11)    The deadline for plaintiff/counter-defendant to file any reply in support of its motion for partial summary judgment and responses to defendants/counter-claimants' motions for summary judgment is **November 20, 2026**.

12)    The deadline for defendants/counter-claimants to file any reply in support of their summary judgment motions is **December 4, 2026**.

13)    The Final Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **January 25, 2027**, at **10:00 a.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov in Word format, by **3:00 p.m. on January 18, 2027**.

14)    The non-jury trial of this case is set to commence before Brian C. Buescher, United States District Judge, in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m.** on **March 1, 2027**, or as soon thereafter as the case may be called, for a duration of **four (4) trial weeks**. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

15)    Motions in limine and motions seeking pretrial evidentiary hearings regarding the admissibility of evidence shall be filed no later than **twenty-eight (28)** days before trial.

16)    The parties are ordered to comply with **Judge Buescher's** Civil Non-jury Trial Practices posted at https://www.ned.uscourts.gov/attorney/judges-information.

Dated this 29th day of May, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

2