**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| GENERAL DYNAMICS CORPORATION and DOW CHEMICAL COMPANY, | ) ) ) | Case No.: 8:23-CV-00416 |
| Defendants. | ) ) ) | |
| ——————————————— | ) ) | **NOTICE OF SERVICE OF THE DOW CHEMICAL COMPANY'S SECOND SET OF DOCUMENT REQUESTS TO THE UNITED STATES OF AMERICA** |
| THE DOW CHEMICAL COMPANY, | ) ) | |
| Counter-Claimant, | ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Counter-Defendant. | ) ) | |
| ——————————————— | ) | |

On May 29, 2026, Defendant The Dow Chemical Company ("Dow") served the following via electronic mail upon counsel for Plaintiff United States of America and Defendant General Dynamics Corporation:

1. The Dow Chemical Company's Second Set of Document Requests to the United States of America.

2. The Dow Chemical Company's Fourth Set of Interrogatories to the United States of America

Dated: May 29, 2026

PHILLIPS LYTLE LLP

*/s/ Frank G. Dylewski*
Frank G. Dylewski (pro hac vice)
35 W. Wacker Drive, 34th Floor
Chicago, Illinois 60601
Telephone No. (312) 794-7307
FDylewski@phillipslytle.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Frank G. Dylewski