**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff and Counter-Defendant, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 8:23-cv-00416 |
| | ) | |
| GENERAL DYNAMICS CORPORATION | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DOW CHEMICAL COMPANY, | ) | |
| | ) | |
| Defendants and Counterclaimants. | ) | |
| | ) | |

**NOTICE OF SERVICE OF THE UNITED STATES' PRODUCTION OF DOCUMENTS**

On June 1, 2026, the United States served a document production via JEFS Box.com in the folder titled "20260601 - Production."  This production includes declassified documents from the United States Air Force.  The documents are Bates stamped with the prefix "USAF."  There are 10 documents consisting of about 2,729 pages.

Dated this 1st day of June, 2026.

Respectfully submitted,

/s/ *Jessica Warren*
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Telephone: (202) 532-3174
Jessica.Warren@usdoj.gov

1