## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff and Counter-Defendant,

v.

GENERAL DYNAMICS CORPORATION
AND DOW CHEMICAL COMPANY,

    Defendants and Counterclaimants.

Civil Action No. 8:23-cv-00416

## UNITED STATES' STATUS REPORT

Plaintiff, the United States of America, provides this status report regarding the progression of the production of declassified documents in this case, as required by the Court's minute entry (ECF No.  686).

The United States continues to make rolling productions. The United States anticipates completion of the declassification review process and productions by the July 15, 2026, deadline (ECF No. 698).

Since the last status report on April 27, 2026 (ECF No. 685), the United States completed one production of documents. On June 1, 2026, the United States produced ten documents totaling about 2,700 pages. The United States also reproduced pages on June 1, 2026, to enhance legibility. A production of four documents is forthcoming.

The Central Intelligence Agency is the only agency with a still-pending declassification review. Once the agency completes its declassification review, it will return the document to the

Air Force Declassification Office for continued processing, finalization of any redactions, and sanitization for release.

Dated: June 11, 2026                                      Respectfully submitted,


FOR THE UNITED STATES OF AMERICA:

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*s/ Brandon N. Adkins*
BRANDON N. ADKINS (D.C. Bar #1010947)
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-9562
Brandon.Adkins@usdoj.gov

*Counsel for Plaintiff the United States of America*

2

**CERTIFICATE OF SERVICE**

I certify that on June 11, 2026, I electronically filed the foregoing United States' Status

Report with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to all counsel of record.

> *s/ Brandon N. Adkins*
> Brandon N. Adkins
> Senior Trial Counsel
> U.S. Department of Justice