# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff and Counter-Defendant, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 8:23-cv-00416 |
| | ) | |
| GENERAL DYNAMICS CORPORATION | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DOW CHEMICAL COMPANY, | ) | |
| | ) | |
| Defendants and Counterclaimants. | ) | |
| | ) | |

## NOTICE OF SERVICE OF THE UNITED STATES' PRODUCTION OF DOCUMENTS

On June 26, 2026, the United States served a document production via JEFS Box.com in the folder titled "20260626 - Production." This production includes a reproduction of a declassified document from the United States Air Force. The document is Bates stamped with the prefix "USAF" and consists of about 2,059 pages.

Dated this 26th day of June, 2026.

Respectfully submitted,

*s/ Johanna M. Franzen*
JOHANNA M. FRANZEN (MN Bar #0392191)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3319 (Franzen)
Johanna.Franzen@usdoj.gov

1