**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff and Counter-Defendant,<br><br> v.<br><br>GENERAL DYNAMICS CORPORATION<br>AND DOW CHEMICAL COMPANY,<br><br>   Defendants and Counterclaimants. | Civil Action No. 8:23-cv-00416 |

### UNITED STATES' STATUS REPORT

Plaintiff, the United States of America, provides this status report regarding the progression of the production of declassified documents in this case.

The United States has completed the declassification review process and related productions. Since the last status report on June 11, 2026 (ECF No. 701), the United States completed two productions of declassified documents. On June 18, 2026, the United States produced four documents totaling about 768 pages (ECF No. 702). The United States also reproduced pages on June 26, 2026 (ECF No. 703). On July 7, 2026, the United States produced one declassified document totaling about 276 pages (ECF No. 715).

1

Dated: July 7, 2026

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*s/ Johanna M. Franzen*
Johanna M. Franzen (MN Bar #0392191)
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 598-3319
Johanna.Franzen@usdoj.gov
*Counsel for Plaintiff the United States of America*

**CERTIFICATE OF SERVICE**

I certify that on July 7, 2026, I electronically filed the foregoing United States' Status

Report with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to all counsel of record.

<div style="margin-left:40%">

*s/ Johanna M. Franzen*
Johanna M. Franzen
Trial Attorney
U.S. Department of Justice

</div>