**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** | |
| **Plaintiff/Counter Defendant,** | **8:23CV416** |
| **vs.** | |
| **GENERAL DYNAMICS CORPORATION, and THE DOW CHEMICAL COMPANY,** | **ORDER** |
| **Defendants/Counter Claimants.** | |

The Court held a telephone conference with counsel for the parties on July 21, 2026, regarding the parties' disputes as to the United States's objections to Dow Chemical's Fourth Set of Interrogatories and responses to Dow Chemical's Requests for Admission served as follow-up discovery related to the United States's production of classified documents after February 24, 2025. The parties submitted position statements and discovery requests at issue to the Court in advance of the hearing; the Court reviewed all the pre-hearing submissions but is only attaching their position statements to this Order, as the other attachments are voluminous. The Court's rulings on the parties' disputes were stated on the record during the call, which will be uploaded as a separate audio file. In accordance with the Court's rulings during the conference,

1. The United States's objections to Dow Chemical's Fourth Set of Interrogatories on the basis that Dow Chemical has exceeded the number of permissible interrogatories to be served are overruled. Given the complexity of the issues in this case spanning several decades, the amount of money sought by the United States, the United States's relative access to greater resources, and the fact that this follow-up discovery was necessitated by the Untied States's delay in declassifying and producing documents, Dow Chemical is given leave to serve a total of 35 interrogatories (including those already served in its Fourth Set and counted in accordance with NECivR 33.1(d) as amended) upon the United States regarding classified documents produced by the United States after February 24, 2025. See Fed. R. Civ. P. 33(a)(1); Fed. R. Civ. P. 26(b)(1).

2. The United States shall amend its responses to the Requests for Admission as necessary by August 7, 2026, to conform with Fed. R. Civ. P. 36(a)(4) (providing in relevant part, "The answering party may assert lack of knowledge or information as a reason for

failing to admit or deny only if the party states that it has made reasonable inquiry and that the information it knows or can readily obtain is insufficient to enable it to admit or deny.").  The United States' responses are otherwise deemed sufficient.

**IT IS SO ORDERED.**

Dated this 21st day of July, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

2