**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff and Counter-Defendant,<br><br>v.<br><br>GENERAL DYNAMICS CORPORATION<br>AND DOW CHEMICAL COMPANY,<br><br>      Defendants and Counterclaimants. | Civil Action No. 8:23-cv-00416 |

**<u>UNITED STATES' NOTICE TO THE COURT</u>**

The United States provides notice to the Court of a potential discovery issue that we recently became aware of. The potential issue relates to documents in the Defense Technical Information Center (DTIC), a scientific and technical information repository within the Department of War, that contains both unclassified and classified documents.

As explained in a letter sent to Defendants today (*see* Exhibit 1), in 2024 the United States ran search terms in both the public and non-public facing DTIC database indices, but it appears that it did not collect, review, or produce any documents from the DTIC repository, except for the two documents specifically requested by General Dynamics. Our current understanding is that the United States did not search within the universe of classified documents that have a classified title or abstract.[1] The United States has asked Defendants if there were

---

[1] DTIC's collections include three types of data: (1) unclassified and marked for public release; (2) unclassified and marked as controlled for distribution to varying groups within the federal government and its contractors; and (3) classified with access only to those with the appropriate clearance and a need to know. However, a portion of the classified documents have an unclassified title and abstract that is available and searchable via the unclassified/controlled database index. That index does not include entries for classified documents with classified titles or abstracts. The index containing entries for those records may only be searched by those with appropriate clearance and a need to know.

1

additional conferrals or correspondence among the parties regarding the review and production of DTIC documents that might bear on whether the parties reached agreement regarding the scope of searches and collection at DTIC. We wish to apprise the Court of this exchange as soon as possible, in part because we acknowledge the possible implications of this disclosure on upcoming discovery deadlines and Dow's pending renewed dismissal motion.

The United States' review into its searches, collection, review, and production related to DTIC was prompted, in part, by three events: (1) a July 10, 2026, supplemental production of unclassified documents from a United States Army Corps of Engineers' Formerly Used Defense Sites or "FUDS" repository, that appear to have been held at some point by DTIC; (2) Dow's Fourth Set of Document Requests, served on July 29, 2026, ECF No. 735, which sought documents referenced in documents in the supplemental production; and (3) General Dynamics' August 7, 2026, inquiry into the existence of quarterly reports similar to a quarterly report in the supplemental production. Collectively, this prompted the United States to review its completion of discovery from DTIC.

Importantly, while DTIC houses classified documents, it was not part of the United States' declassification review process and productions documented in status reports for the Court. *See, e.g.*, ECF No. 311, at 1–5 (Plaintiff's statement detailing the categories of classified documents under review); ECF No. 716 (United States' July 7, 2026, notification to the Court of completion of the declassification review process and related productions). At present, the United States' counsel does not know if there are any responsive, classified documents within DTIC.

Once the United States clarifies the existence of any agreement amongst the parties regarding the scope of collection and production at DTIC, it will update the Court.

2

Dated: August 14, 2026

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ Johanna M. Franzen*
Johanna M. Franzen (MN Bar # 0392191)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3319
johanna.franzen@usdoj.gov

*Counsel for the United States of America*

3