**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>GENERAL DYNAMICS CORPORATION and DOW CHEMICAL COMPANY,<br><br>Defendants and Counterclaimants. | Civil Action No. 8:23-cv-00416 |

**JOINT MOTION FOR EXTENSION OF TIME**

The parties jointly move under NECivR 7.1 for a seven-day extension of the deadline to respond to Defendant The Dow Chemical Company's Second Motion for Relief from the Government's Discovery Failures and Request for Oral Argument ("Motion") so that the new deadline becomes August 28, 2026. The extension is intended to be an interim measure and without prejudice to any party's right to move for an amended briefing schedule for Dow's Motion, and the parties do not oppose Dow's seeking leave to file a supplemental brief in support of its motion. In support of this motion for an extension of time, the parties state:

1. On July 31, 2026, Dow filed its Motion. ECF No. 746.

2. The deadline to respond to Dow's Motion is currently August 21, 2026. *See* NECivR 7.1(b)(1)(B).

3. On August 14, 2026, the United States informed Defendants and filed a notice with the Court stating, among other things, that "in 2024 the United States ran search terms in both the public and non-public facing [Defense Technical Information Center (DTIC)] database indices, but it appears that it did not collect, review, or produce any documents from the DTIC

repository, except for [] two documents specifically requested by General Dynamics." ECF No. 766.

4. Since this notice, the United States has responded to some questions from Defendants about these documents and it intends to continue responding to Defendants' questions. In response to the United States' inquiry whether there were additional conferrals or correspondence among the parties regarding the review and production of DTIC documents that might bear on whether the parties reached agreement regarding the scope of searches and collection at DTIC, Defendants have informed the United States that they have no record or understanding that would alleviate the United States from DTIC production obligations.

5. Dow and General Dynamics are considering the implications of the United States' notice on Dow's pending motion, and Dow intends to seek leave to file a supplemental brief in support of the pending motion.

6. Counsel for the parties have been conferring on a comprehensive schedule for briefing on Dow's Motion, but because more information related to the manner, timeline, and scope of measures required to address the DTIC production issue is needed from the Government to agree to a workable and efficient schedule, the parties need more time to continue those conferrals and for Defendants to gather information regarding documents located at DTIC. The parties respectfully request an extension of the deadline for the United States and General Dynamics to respond to Dow's Motion by seven days.

7. The parties intend for this motion to be without prejudice to subsequent motions regarding the briefing schedule, including for a comprehensive briefing schedule on Dow's Motion and for Dow to file its supplement. The parties intend to continue to confer on such a schedule with the goal of making a joint motion for the Court's consideration.

For the foregoing reasons, the Court should order that the deadline to respond to Dow's Motion is extended to August 28, 2026.

Dated: August 18, 2026

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ Brandon N. Adkins*
BRANDON N. ADKINS (D.C. Bar #1010947)
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-9562
Brandon.Adkins@usdoj.gov

*Counsel for Plaintiff the United States of America*

GENERAL DYNAMICS CORPORATION,
Defendant,

*/s/ Wade A. Thomson (with permission)*
Wade A. Thomson
Steven M. Siros
Sarah Futernick
*Pro hac vice*
Attorneys for Defendant General Dynamics Corporation
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, Illinois 60654
Telephone: (312) 840-8613
Fax: (312) 527-0484
Email: wthomson@jenner.com
Email: ssiros@jenner.com
Email: sfuternick@jenner.com

Matthew S. Hellman
*Pro hac vice*
Attorney for Defendant General Dynamics

Corporation
JENNER & BLOCK LLP
1099 New York Avenue, N.W., Suite 900
Washington, DC 20001
Telephone: (202) 639-6861
Fax: (202) 639-6066
Email: mhellman@jenner.com

Steven D. Davidson
Bar Number: 18684
Lindsay K. Lundholm
Bar Number: 22224
Brian Barmettler
Bar Number: 27017
Attorneys for Defendant General Dynamics Corporation
BAIRD HOLM LLP
1700 Farnam Street, Suite 1500
Omaha, Nebraska 68102
Telephone: (402) 344-0500
Fax: (402) 344-0588
Email: sdavidson@bairdholm.com
Email: llundholm@bairdholm.com
Email: bbarmettler@bairdholm.com

THE DOW CHEMICAL COMPANY, Defendant

*<u>/s/ Jaran R. Moten (with permission)</u>*

JARAN R. MOTEN (pro hac vice)
JOHN R. WORTH (pro hac vice)
FRANK G. DYLEWSKI (pro hac vice)
Blanchet LLP
155 N. Wacker Dr., Suite 900
Chicago, Illinois 60606
Telephone No. (312) 473-8100
jaran.moten@blanchetllp.com
john.worth@blanchetllp.com
frank.dylewski@blanchetllp.com

JOEL A. BLANCHET (pro hac vice)
Blanchet LLP
200 Delaware Ave., Suite 900
Buffalo, New York 14203
Telephone No. (716) 302-5701
joel.blanchet@blanchetllp.com

MICHAEL L. MORAN (#24042)
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102
Telephone No. (402) 341-3070
mmoran@mcgrathnorth.com

**CERTIFICATE OF SERVICE**

I certify that on August 18, 2026, I electronically filed the foregoing Joint Motion for Extension of Time with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Brandon N. Adkins*
Brandon N. Adkins
U.S. Department of Justice