**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>GENERAL DYNAMICS CORPORATION and DOW CHEMICAL COMPANY,<br><br>Defendants and Counterclaimants. | Civil Action No. 8:23-cv-00416 |

**JOINT MOTION FOR EXTENSION OF TIME**

The parties jointly move under NECivR 7.1 for an additional seven-day extension of the deadline to respond to Defendant The Dow Chemical Company's Second Motion for Relief from the Government's Discovery Failures and Request for Oral Argument ("Motion for Relief") so that the new deadline is September 4, 2026. The parties do not oppose Dow's seeking leave to file a supplemental brief in support of its motion, which may result in the United States and General Dynamics requesting additional time to respond to such supplemental briefing. In support of this motion for an extension of time, the parties state:

1. On July 31, 2026, Dow filed its Motion for Relief. ECF No. 746.

2. The deadline to respond to Dow's Motion for Relief was originally August 21, 2026. *See* NECivR 7.1(b)(1)(B).

3. On August 14, 2026, the United States informed Defendants and filed a notice with the Court stating, among other things, that "in 2024 the United States ran search terms in both the public and non-public facing [Defense Technical Information Center (DTIC)] database indices, but it appears that it did not collect, review, or produce any documents from the DTIC

repository, except for [] two documents specifically requested by General Dynamics." ECF No. 766.

4. Dow and General Dynamics are considering the implications of the United States' notice on Dow's pending motion, and Dow intends to seek leave to file a supplemental brief in support of the pending motion.

5. On August 19, 2026, the Court granted the parties' Joint Motion for Extension of Time, extending the deadline for the United States and General Dynamics to respond to Dow's Motion for Relief to August 28, 2026. ECF 770.

6. The parties request the Court further extend the date for the United States and General Dynamics to respond to the Motion for Relief to September 4, 2026, with the understanding that a comprehensive briefing schedule may further alter this and related deadlines.

For the foregoing reasons, the Court should order that the deadline to respond to Dow's Motion is extended to September 4, 2026.

Dated: August 26, 2026

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*_/s/ David L. Gordon_*
David L. Gordon (MA Bar #637672)
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 532-5456
david.l.gordon@usdoj.gov

*Counsel for Plaintiff the United States of America*

GENERAL DYNAMICS CORPORATION,
Defendant,

*/s/ Wade A. Thomson (with permission)*

Wade A. Thomson
Steven M. Siros
Sarah Futernick
*Pro hac vice*
Attorneys for Defendant General Dynamics Corporation
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, Illinois 60654
Telephone: (312) 840-8613
Fax: (312) 527-0484
Email: wthomson@jenner.com
Email: ssiros@jenner.com
Email: sfuternick@jenner.com

Matthew S. Hellman
*Pro hac vice*
Attorney for Defendant General Dynamics Corporation
JENNER & BLOCK LLP
1099 New York Avenue, N.W., Suite 900
Washington, DC 20001
Telephone: (202) 639-6861
Fax: (202) 639-6066
Email: mhellman@jenner.com

Steven D. Davidson
Bar Number: 18684
Lindsay K. Lundholm
Bar Number: 22224
Brian Barmettler
Bar Number: 27017
Attorneys for Defendant General Dynamics Corporation
BAIRD HOLM LLP
1700 Farnam Street, Suite 1500
Omaha, Nebraska 68102
Telephone: (402) 344-0500
Fax: (402) 344-0588
Email: sdavidson@bairdholm.com

Email: llundholm@bairdholm.com
Email: bbarmettler@bairdholm.com

THE DOW CHEMICAL COMPANY, Defendant

*/s/ Jaran R. Moten (with permission)*

JARAN R. MOTEN (pro hac vice)
JOHN R. WORTH (pro hac vice)
FRANK G. DYLEWSKI (pro hac vice)
Blanchet LLP
155 N. Wacker Dr., Suite 900
Chicago, Illinois 60606
Telephone No. (312) 473-8100
jaran.moten@blanchetllp.com
john.worth@blanchetllp.com
frank.dylewski@blanchetllp.com

JOEL A. BLANCHET (pro hac vice)
Blanchet LLP
200 Delaware Ave., Suite 900
Buffalo, New York 14203
Telephone No. (716) 302-5701
joel.blanchet@blanchetllp.com

MICHAEL L. MORAN (#24042)
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102
Telephone No. (402) 341-3070
mmoran@mcgrathnorth.com

**CERTIFICATE OF SERVICE**

I certify that on August 26, 2026, I electronically filed the foregoing Joint Motion for Extension of Time with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ David L. Gordon*
David L. Gordon
U.S. Department of Justice