**U.S. Department of Justice**

Environment and Natural Resources Division

**ENRD**
***P.O. Box 7611***
***Washington, DC 20044***

***Telephone (202) 598-3319***
***Johanna.Franzen@usdoj.gov***

September 1, 2026

Wade Thomson
Steve Siros
Jenner & Block
wthomson@jenner.com
ssiros@jenner.com

Jaran Moten
Joel Blanchet
Blanchet LLP
jaran.moten@blanchetllp.com
joel.blanchet@blanchetllp.com

Re: United States v. General Dynamics and Dow – NARA Productions

Dear Counsel,

We write to share our current understanding of the United States' prior use of keyword searching of the public, digitized document collections at the National Archives and Records Administration (NARA).

On August 27, we notified both you and the Court that considering the August 14, 2026 disclosure we were investigating the United States' use of keyword searches in repositories of historical documents.

At this point, we have been unable to confirm that the United States used keyword searches to identify responsive documents within NARA's public, digitized collection. The United States advised Defendants that NARA's public, digitized files were accessible to them. *E.g.*, Letter from F. Phillips to W. Thomson dated Aug. 9, 2024, at 2 (noting that "[a]nyone can search for NARA records using the online catalog or in-person"); Letter from F. Phillips to W. Thomson dated Sept. 24, 2024, at 6 ("GD is free to run any searches it wishes on any publicly-accessible databases."). In fact, Defendants' expert historian's staff performed targeted independent historical research to fill any gaps, including searching at NARA. Gravel Tr. Vol. I at 67:10–21 and 68:1–4, 22–23. However, in a September 5, 2024, letter to General Dynamics, counsel for the United States stated:

> NARA, DTIC, Library of Congress, and the Eisenhower Presidential Library have digitized indexes and have digitized portions of their collections, but mostly retain

> hard copy documents. We have run all of your requested search terms through each of these indexes (public side of DTIC index only) to identify responsive documents, and the documents we obtain from those locations have been, are being, and will be produced.

Letter from F. Phillips to W. Thomson dated Sept. 5, 2024, at 1.

While the United States searched both unclassified and classified documents from NARA's collection and produced responsive documents, including declassified documents, our current understanding is that the United States did not identify responsive documents from NARA's public, digitized collection using Defendants' requested search terms.

Instead, our expert consultant searched using finding aids and discussions with NARA archivists to identify key record groups, entries, and ultimately boxes at NARA, and then reviewed those boxes to identify responsive documents. Brigham Dep. Tr. Vol. I at 46:2-47:10. Furthermore, as detailed in prior status reports, reviewers with the appropriate security clearance reviewed classified records at NARA originating with the Office of the Secretary of Air Force, and the responsive documents were reviewed for declassification and produced. *See* ECF No. 353 at 5.

At this time, we do not plan to conduct any further review or production from NARA. We are, concurrently with this letter, informing the Court of our current understanding of this matter.

We reserve all rights, including the right to update the information herein if we receive new or additional information.

/s/ *Johanna M. Franzen*
Johanna M. Franzen
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 598-3319
Johanna.Franzen@usdoj.gov

cc: Rachel C. Foster (RFoster@jenner.com)
Sarah L. Futernick (SFuternick@jenner.com)
Anna Mitran Brennan (AMitranBrennan@jenner.com)
Stephanie B. Sebor (SSebor@jenner.com)
Hope H. Tone-O'Keefe (HToneOKeefe@jenner.com)
Steven Davidson (Sdavidson@bairdholm.com)
Lindsay Lundholm (Llundholm@bairdholm.com)

Frank Dylewski (Frank.Dylewski@blanchetllp.com)
Bridget Ruschak (Bridget.Ruschak@blanchetllp.com)
John Worth (John.Worth@blanchetllp.com)

Michael L. Moran (Mmoran@mcgrathnorth.com)
Matthew Munro (MMunro@mcgrathnorth.com)

Mae Bowen (Mae.Bowen@usdoj.gov)
Mark Elmer (Mark.Elmer@usdoj.gov)
David Gordon (David.L.Gordon@usdoj.gov)
Brandon Adkins (Brandon.Adkins@usdoj.gov)
Kate Matthews (Katherine.Matthews@usdoj.gov)
Vanessa Moore (Vanessa.Moore@usdoj.gov)
Christopher Mitchell (Christopher.Mitchell@usdoj.gov)
Matthew Carey (Matthew.Carey@usdoj.gov)
Andrene Dabaghi (Andrene.Dabaghi@usdoj.gov)
Laura Smythe (Laura.Smythe@usdoj.gov)

Ann Wright (Ann.L.Wright@usace.army.mil)
Jared Bustamante (Jared.D.Bustamante@usace.army.mil)

Jared Pessetto (Pessetto.Jared@epa.gov)
Catherine Chiccine (Chiccine.Catherine@epa.gov)