**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>GENERAL DYNAMICS CORPORATION and DOW CHEMICAL COMPANY,<br><br>Defendants and Counterclaimants. | Civil Action No. 8:23-cv-00416 |

**<u>JOINT MOTION TO STAY MOTION TO COMPEL DEADLINE</u>**

The parties jointly move under NECivR 7.1 to stay the September 3, 2026 deadline for motions to compel follow-up written discovery under Rules 33, 34, 36, and 45. In support of this motion, the parties state:

1. On July 31, 2026, Dow filed its Second Motion for Relief from the Government's Discovery Failures. ECF No. 746.

2. On August 14, 2026, the United States informed Defendants and filed a notice with the Court stating, among other things, that "in 2024 the United States ran search terms in both the public and non-public facing [Defense Technical Information Center (DTIC)] database indices, but it appears that it did not collect, review, or produce any documents from the DTIC repository, except for [] two documents specifically requested by General Dynamics." ECF No. 766. The United States further stated that it "intend[s] to address [the document production] failure by collecting and producing responsive documents" from DTIC. ECF No. 766-1.

3. At the parties' request, the Court extended the deadline to respond to Dow's motion from August 21, 2026 to August 28, 2026 and then to September 4, 2026 while Defendants

considered the implications of the United States' notice on Dow's pending motion, including whether Dow intended to supplement its pending motion and/or briefing. ECF Nos. 770, 779.

4. Dow filed a Supplemental Brief in Support of its Second Motion for Relief on August 27, 2026. ECF No. 781. General Dynamics anticipates filing its own motion for relief on September 4, 2026. *See* ECF No. 784. The deadline for the United States to file its consolidated response to both motions is September 25, 2026. *Id*.

5. On August 27, 2026, the Court held a telephone conference with the parties at which it directed the United States to file a status report by September 1, 2026 detailing its efforts and timeline to produce responsive DTIC documents, among other things, and noted that the Court would provide direction regarding case progression deadlines upon review of the status report and consideration of the parties' arguments. ECF No. 784.

6. The deadline for motions to compel follow-up written discovery under Rules 33, 34, 36, and 45 is currently set for September 3, 2026. ECF No. 698.

7. In light of the United States' August 14, 2026 notice, its forthcoming status report, and the Court's intention to provide direction regarding case progression upon its review of the United States' September 1, 2026 status report, the parties request that the September 3, 2026 motion to compel deadline be stayed pending the Court's direction regarding case progression.

8. Additionally, while General Dynamics agrees it is necessary to stay the deadline for motions to compel follow-on written discovery, that is only because the Government's recent discovery failure disclosures indicate that potential discovery issues are not yet ripe. To be clear, General Dynamics will oppose any case progression schedule that further delays the current trial date.

9. For the avoidance of doubt, Dow continues to vehemently oppose any case progression schedule that would force Dow to proceed through discovery, pre-trial motions, and/or a trial, with Dow's alleged liability at issue, while the United States' document production remains incomplete and documents in its possession that could be relevant to Dow's alleged liability remain unproduced.

For the foregoing reasons, the Court should order that the September 3, 2026 deadline for motions to compel follow-up written discovery under Rules 33, 34, 36, and 45 is stayed pending the Court's direction regarding case progression.

Dated: September 2, 2026 Respectfully submitted,

**Counsel for Defendant General Dynamics:**

*/s/* Steven D. Davidson
Steven D. Davidson
Bar Number: 18684
Lindsay K. Lundholm
Bar Number: 22224
Brian Barmettler
Bar Number: 27017
Attorneys for Defendant General Dynamics Corporation
BAIRD HOLM LLP
1700 Farnam Street, Suite 1500
Omaha, Nebraska 68102
Telephone: (402) 344-0500
Fax: (402) 344-0588
Email: sdavidson@bairdholm.com
Email: llundholm@bairdholm.com
Email: bbarmettler@bairdholm.com

Wade A. Thomson
Steve M. Siros
Sarah L. Futernick
*Pro hac vice*
Attorneys for Defendant General Dynamics Corporation
JENNER & BLOCK LLP
353 N. Clark St.

Chicago, Illinois 60654
Telephone: (312) 840-8613
Fax: (312) 527-0484
Email: wthomson@jenner.com
Email: ssiros@jenner.com
Email: sfuternick@jenner.com

Matthew S. Hellman
*Pro hac vice*
Attorney for Defendant General Dynamics Corporation
JENNER & BLOCK LLP
1099 New York Avenue, N.W., Suite 900
Washington, DC 20001
Telephone: (202) 639-6861
Fax: (202) 639-6066
Email: mhellman@jenner.com

THE DOW CHEMICAL COMPANY, Defendant

*/s/* Jaran R. Moten (with permission)

JARAN R. MOTEN (pro hac vice)
JOHN R. WORTH (pro hac vice)
FRANK G. DYLEWSKI (pro hac vice)
Blanchet LLP
155 N. Wacker Dr., Suite 900
Chicago, Illinois 60606
Telephone No. (312) 473-8100
jaran.moten@blanchetllp.com
john.worth@blanchetllp.com
frank.dylewski@blanchetllp.com

JOEL A. BLANCHET (pro hac vice)
Blanchet LLP
200 Delaware Ave., Suite 900
Buffalo, New York 14203
Telephone No. (716) 302-5701
joel.blanchet@blanchetllp.com

MICHAEL L. MORAN (#24042)
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102
Telephone No. (402) 341-3070
mmoran@mcgrathnorth.com

FOR THE UNITED STATES OF AMERICA:

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

/s/ Johanna M. Franzen (with permission)
Johanna M. Franzen (MN Bar # 0392191)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3319
johanna.franzen@usdoj.gov

Counsel for the United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on this second day of September, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

/s/ *Steven D. Davidson*