IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>GENERAL DYNAMICS CORPORATION<br><br>and<br><br>DOW CHEMICAL COMPANY,<br><br>Defendants and Counterclaimants. | CIVIL ACTION NO. 8:23-cv-00416 |

**NOTICE OF SERVICE**

On September 4, 2026, the United States served a document production via JEFS Box.com in the folder titled "20260904 – Production." This production includes documents responsive to The Dow Chemical Company's Fourth Set of Document Requests to the United States of America. These documents are Bates stamped with the prefixes "EPA" and "USAF." There are six documents consisting of about 143 pages, which respond to those requests.

In addition, this production also includes 234 public, digitized documents, consisting of about 48,141 pages, collected from the Defense Technical Information Center using search terms as described in the United States' Status Report dated September 1, 2026 (ECF No. 788) at 2, ¶ 1, and Rowe Declaration ¶ 8, Addendum 1, and Bates stamped with the prefix "DTIC." The United States conducted a limited review of the document titles and metadata associated with the 1,146 public, digitized documents, and it culled from this production documents that did not appear likely to contain any information relevant to the case, to arrive at these 234 documents. Accordingly, the United States provided a spreadsheet containing DTIC's titles and metadata for the subset of

public, digitized documents that were identified using the search terms, including those that did not appear likely to contain information relevant to the case as described above, with an offer to provide additional documents on request.

Dated this 4th day of September, 2026.

Respectfully submitted,

*/s/ Katherine L. Matthews*
KATHERINE L. MATTHEWS (CO Bar # 53372)
Senior Counsel
Environmental Enforcement Section
Energy and Natural Resources Division
United States Department of Justice
999 18th Street
North Terrace, Suite 600
Denver, CO 80202
Telephone (303) 514-4192
Katherine.Matthews@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on September 4, 2026, I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

*/s/ Katherine L. Matthews*