**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

**THE UNITED STATES OF AMERICA,**

**Plaintiff/Counter Defendant,**

**vs.**

**GENERAL DYNAMICS CORPORATION, and THE DOW CHEMICAL COMPANY,**

**Defendants/Counter Claimants.**

**8:23CV416**

**ORDER**

The Court held a telephone conference with counsel for the parties on September 8, 2026, at the request of counsel for The Dow Chemical Company ("Dow") regarding ongoing disputes about the United States' discovery production and its impact on case progression deadlines. The Court took the matters under submission.

During the telephone conference, Dow made an oral request that the United States be ordered to answer yes or no questions related to its prior searches, reviews, and productions of documents from various repositories. Following the telephone conference, counsel for Dow emailed a proposed copy of its Repository Questionnaire to the Court, renewing its oral request for such discovery. Dow asserts it will "provide the Court with a high-level, albeit limited, summary of facts relevant to the Government's evolving disclosures of failures to comply with its discovery obligations and failures to take actions it previously represented to the defendants it was committed to taking." Counsel for the United States responds that it has answered many, though not all, of Dow's questions regarding the United States's prior discovery-related actions, while reserving its rights to object, and objects to Dow's proposed Repository Questionnaire as wide-ranging discovery-on-discovery. The United States contends Dow's request for broad discovery-on-discovery is an alternate form of relief to dismissal sought in Dow's pending motion for discovery sanctions, and thus granting Dow's requested relief now would be "put[ting] the cart before the horse." The Court will deny Dow's request at this time. Upon consideration,

**IT IS ORDERED:**

1. All unexpired case progression deadlines in the Amended Trial Setting Order (Filing No. 698) are stayed pending further order of the Court.

2. A status conference to discuss case progression, the status of discovery, and any other outstanding issues is set for **October 6, 2026, at 10:30 AM CDT**, before Magistrate Judge Michael D. Nelson. Counsel shall use the Webex Instructions at Filing No. 203 to participate in the call.
3. The Dow Chemical's oral request that the United States be ordered to answer Dow's Repository Questionnaire is denied.
4. The briefing deadlines[1] for the pending motions are as follows:
    a. Dow Chemical's Second Motion for Relief from the Government's Discovery Failures (Filing No. 746)
        i. **September 25, 2026 –** The United States's consolidated opposition to Dow Chemical and General Dynamics' motions
        ii. **October 9, 2026** – Dow Chemical's Reply
    b. General Dynamics Corporation's Motion for Discovery Sanctions (Filing No. 794)
        i. **September 18, 2026** – Dow Chemical's Response
        ii. **September 25, 2026 –** The United States's consolidated opposition to Dow Chemical and General Dynamics' motions
        iii. **October 9, 2026** – General Dynamic's Reply

Dated this 10th day of September, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

[1] Subject to reconsideration if a party moves to file a supplemental brief.