**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff and Counter-Defendant,<br>v.<br>GENERAL DYNAMICS CORPORATION AND DOW CHEMICAL COMPANY,<br>Defendants and Counterclaimants. | Civil Action No. 8:23-cv-00416 |

**UNITED STATES' STATUS REPORT**

Plaintiff, the United States of America, provides this status report, as required by the Court's minute entry (ECF No. 798). The United States provides the following update on its production efforts, although no order has issued with respect to the production of documents from DTIC specifically.

As reported in the previous U.S. Status Report (ECF No. 788), the Department of War continues to search and collect Defense Technical Information Center (DTIC) records. *See* Second Declaration of Michael D. Rowe (Rowe Decl.).

The United States produced 234 documents on September 4, 2026. ECF No. 793. These documents were digitized and public documents kept by DTIC. The United States conducted a limited review of the document titles and metadata associated with the 1,146 public, digitized documents, and it culled from this production documents that did not appear likely to contain any information relevant to the case, to arrive at 234 documents produced in the September 4 production. And the United States gave Defendants a spreadsheet with the titles and metadata for all 1,146 documents so Defendants could request copies of any documents that the United States culled.

The Department of War identifies three steps to complete the DTIC production: 1) scanning documents on fiche or film; 2) delivering the digitized documents containing controlled unclassified information (CUI) to DOJ for possible production; and 3) declassification (if possible) of any currently classified, responsive documents. Rowe Decl. ¶ 5.

The Department of War expects that the first step should be complete in two to three weeks (*id.* ¶¶ 6-7) and the second step should be complete shortly (*id.* ¶ 8). Once DOJ has the possibly relevant remaining public and CUI documents, it intends to conduct a limited review of the document titles and metadata associated with the DTIC's public, as-of-yet undigitized documents and all of the CUI documents, culling from any future production documents that do not appear likely to contain any information relevant to the case. As it did with the public, digitized DTIC documents, the United States intends to provide Defendants the titles and metadata for all of the remaining public and CUI documents, so Defendants could request copies of any documents that the United States culled. DOJ's limited review and production to Defendants should take two to three weeks from receipt of each unclassified document set.

As for the classified documents that may be relevant, the Department of War is working toward beginning the declassification process, but the documents must first be reviewed for responsiveness. *Id.* ¶ 10. Approximately 220 possibly relevant classified documents remain to be reviewed for relevance and/or responsiveness prior to them being sent for possible declassification. *Id.* ¶¶ 10-11.

The United States will continue to undertake these efforts to collect and produce documents from DTIC.

Dated: October 1, 2026

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*s/ Katherine L. Matthews*
KATHERINE L. MATTHEWS (CO Bar #53372)
United States Department of Justice
Energy & Natural Resources Division
999 18th St.
Suite 600, North Terrace Denver, CO 80202
(303) 514-4192
Katherine.Matthews@usdoj.gov
Counsel for Plaintiff the United States of America

**CERTIFICATE OF SERVICE**

I certify that on October 1, 2026, I electronically filed the foregoing United States' Status Report and its attachments with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Katherine L. Matthews*
KATHERINE L. MATTHEWS (CO Bar #53372)
United States Department of Justice
Energy & Natural Resources Division
999 18th St.
Suite 600, North Terrace Denver, CO 80202
(303) 514-4192
Katherine.Matthews@usdoj.gov
Counsel for Plaintiff the United States of America