**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>GENERAL DYNAMICS CORPORATION<br><br>and<br><br>DOW CHEMICAL COMPANY,<br><br>Defendants and Counterclaimants. | ) | CIVIL ACTION NO. 8:23-cv-00416 |

**SECOND DECLARATION OF MICHAEL D. ROWE**

I, Michael D. Rowe, do hereby state and declare as follows:

1. The purpose of this Declaration is to update the Court on the Department of War's ("DoW's") efforts to review and produce relevant documents from the Defense Technology Information Center ("DTIC"). My background, together with basic information about the DTIC collection may be found in my September 1, 2026 declaration ("September Declaration"). Doc. # 788-1.

**Materials Selected for Production**

2. By way of review, documents at DTIC fall into three basic categories: 1) documents that are made available to the public; 2) documents that are controlled unclassified information, or "CUI;" and 3) materials that remain classified for national security reasons. In each case, some of the records are digitized, and a small number are not. DTIC maintains meta-data for all three categories that are text searchable.

3. The object of the DoW's present effort is to digitize all material captured by the queries described in Paragraphs 6-8 of my September Declaration, and to provide material in all three categories described in Paragraph 2, *supra,* to the Department of Justice ("DOJ") so that the United States can supplement its prior production with relevant documents from the DTIC collection.

**Progress During September**

4. As noted in the Government's September Status Report, Doc #788 at 3, the initial plan called for the United States to make "pass-through" productions of the public and CUI document sets in the interest of prompt delivery, a preference accounting for the flexibility of modern litigation management systems. In the end, however, I am advised that DOJ counsel reviewed meta-data for the 1146 digitized public documents and produced 234 as relevant.

**Ongoing Projects**

5. Several aspects of the overall project remain, all of which we will continue to work. These are: 1) digitization of documents still held on fiche and film across all three of the categories mentioned in Paragraph 2; 2) delivery of digitized CUI documents to DOJ for review and production as warranted; and 3) declassification review of classified documents flagged as responsive.

**a. Scanning**

6. Digitization will be accomplished in two separate steps. First, DTIC has arranged for the National Reconnaissance Office ("NRO") to scan the classified material in a separate run that should accelerate delivery of that material to DOJ. We are hopeful that this work will be completed in 2-3 weeks and expect it to be beneficial in helping to move processing of the classified documents forward.

7. Second, DoW will proceed as described in Paragraph 11(a) of my September Declaration to retain a contractor to scan the fiche and film housing Public and CUI documents. Although this task has taken somewhat longer than we had hoped, we have secured funds to support the work (so end-of-year fiscal issues will not constrain the effort), and the Defense Logistics Agency is seeking a suitable contractor. Assuming that services are readily available, scanning should begin shortly, and we have authorized additional payment for accelerated services if they can be obtained from the contracting community.

**b. CUI Documents**

8. Processing of the CUI document set has proven modestly more complicated than expected because of constraints on production of portions of the data set. These issues have been resolved, and DoW will shortly transfer the digitized CUI data set selected by the queries described in Paragraphs 6-8 of my September Declaration to DOJ for review (in addition to the meta-data). Approximately two-thirds of the documents will be subject to immediate production should counsel deem them relevant. The remaining one-third will require consent from the "controlling organization" within DoW before they can be released.

9. Expectations are that consent can be obtained for documents in the restricted set that prove to be relevant, and that reducing the number of documents for which approval must be sought from a controlling organization is the most expeditious means to get the relevant document set to the Defendants. Although this process will take some additional effort, it remains far less demanding than the more detailed review required document-by-document (and in some cases, line-by-line) for classified material.

**c. Classified Document Processing**

10. I am advised that meta-data review has reduced the potentially relevant classified data set from nearly 500 documents to approximately 220. Because the meta-data is missing or incomplete in some instances, that total is expected to fall further once the digitized portion of the classified documents is available for review, something we expect will occur shortly.

11. As noted in Paragraph 15 of my September Declaration, Ms. Macleod and the Air Force Declassification Office ("AFDO") will take up the declassification effort as soon as a final list of responsive classified documents is developed from the remaining 220 items.

12. As before, the information provided in this Declaration is based on my current understanding of the resources available and the tasks required to complete production of DTIC-related documents. Changes have been made, and will continue to be made, whenever required to keep the project moving, and to complete work in the minimum practical time.

** ** **

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is, to the best of my knowledge, true and correct. Executed this 1st day of October 2026.

ROWE.MICHAEL.D.1591447994
Digitally signed by ROWE.MICHAEL.D.1591447994
Date: 2026.10.01 17:39:40 -04'00'

Michael D. Rowe
Associate Deputy General Counsel
Environment, Energy and Installations