**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

UNITED STATES OF AMERICA,

Plaintiff and Counter-Defendant,

v.

GENERAL DYNAMICS CORPORATION AND DOW CHEMICAL COMPANY,

Defendants and Counterclaimants.

Civil Action No. 8:23-cv-00416

**UNITED STATES' STATUS REPORT**

Plaintiff, the United States of America, provides this status report, as required by the Court's minute entry (ECF No. 814). The United States provides the following update on its production efforts, although no order has issued with respect to the production of documents from the Defense Technical Information Center (DTIC) specifically.

As reported in the previous U.S. Status Report (ECF No. 813), the Department of War (DoW) continues to search and collect DTIC records. *See* Third Declaration of Michael D. Rowe (Rowe Decl.) ¶ 1.

DoW has made progress scanning documents, releasing controlled unclassified information (CUI) documents, and processing classified documents over the last month. Regarding the scanning efforts, the National Reconnaissance Office has completed scanning the documents held in film or fiche on classified systems. Rowe Decl. ¶ 6. DoW is working toward retaining a contractor to scan the unclassified documents on fiche or film and has approved additional payment for accelerated services to ensure the unclassified documents will be scanned as quickly as possible. *Id.* ¶ 7-8.

As for CUI documents, the United States produced 197 documents on October 28, 2026. ECF No. 823. These documents were digitized CUI documents kept by DTIC, so the United States stamped the documents as confidential under the prevailing protective order. The United States conducted a limited review of the document titles and metadata associated with the 798 digitized CUI documents that were within Category C, and it culled from this production documents that did not appear likely to contain any information relevant to the case, to arrive at 197 documents produced in the October 28 production. And the United States gave Defendants a spreadsheet with the titles and metadata for all 798 digitized CUI (Category C) documents, so Defendants could request copies of any documents that the United States culled.

DoW is seeking permission to release the remaining digitized documents containing CUI from Categories B, D, E, and F to Defendants under the prevailing protective order. *Id.* ¶ 11. (The document set did not include any Category A CUI documents.) If controlling agencies (*i.e.* the government agencies that provided the documents to DTIC) object to production of the documents, DoW will need to resolve those objections before documents may be produced. *Id.* Documents without objections could be cleared as early as November 10 for production shortly thereafter. *Id.*

DoW has worked toward processing the classified documents in the past month. DoW personnel with the proper security clearance have reviewed the recently scanned classified documents and identified approximately 29 responsive documents, which they have sent to the Air Force Declassification Office (AFDO) for declassification review. *Id.* ¶ 6, 20. DoW personnel have also reviewed the available digitized classified collection and sent 32 additional documents to AFDO for possible declassification. *Id.* ¶ 16, 20. Approximately twelve documents were unavailable for review without further permission, so DoW is working to obtain the

appropriate permissions for its personnel to review those documents. *Id.* ¶ 15. DoW cannot yet predict a completion date for the declassification review, which we expect to be the final step in this process. *Id.* ¶ 19. In addition, when reviewing the digitized classified documents, DoW personnel discovered over one hundred public and CUI documents stored on the classified system, which will be forwarded to DOJ for review and potential production. *Id.* ¶ 13.

The United States will continue to undertake these efforts to collect and produce documents from DTIC.

Dated: November 2, 2026

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy & Natural Resources Division
United States Department of Justice

s/ Katherine L. Matthews
KATHERINE L. MATTHEWS (CO Bar #53372)
United States Department of Justice
Energy & Natural Resources Division
999 18th St.
Suite 600, North Terrace Denver, CO 80202
(303) 514-4192
Katherine.Matthews@usdoj.gov
Counsel for Plaintiff the United States of America

**CERTIFICATE OF SERVICE**

I certify that on November 2, 2026, I electronically filed the foregoing United States' Status Report and its attachments with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Katherine L. Matthews*
KATHERINE L. MATTHEWS (CO Bar #53372)
United States Department of Justice
Energy & Natural Resources Division
999 18th St.
Suite 600, North Terrace Denver, CO 80202
(303) 514-4192
Katherine.Matthews@usdoj.gov
Counsel for Plaintiff the United States of America