**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>GENERAL DYNAMICS CORPORATION<br><br>and<br><br>DOW CHEMICAL COMPANY,<br><br>Defendants and Counterclaimants. | ) | CIVIL ACTION NO. 8:23-cv-00416 |

# <u>THIRD DECLARATION OF MICHAEL D. ROWE</u>

I, Michael D. Rowe, do hereby state and declare as follows:

1. The purpose of this Declaration is to update the Court on the Department of War's ("DoW's") efforts to review and produce relevant documents from the Defense Technology Information Center ("DTIC"), and more particularly to report progress since my last report on October 1, 2017. Doc. # 813-1.

## <u>Materials Selected for Production</u>

2. By way of review, documents at DTIC fall into three basic categories: 1) documents that are made available to the public; 2) documents that are controlled unclassified information, or "CUI;" and 3) materials that remain classified for national security reasons. In each case, some of the records are digitized, and a small number are not. DTIC maintains meta-data for all three categories that are text searchable.

3. The object of the DoW's present effort is to digitize all material captured by the queries described in Paragraphs 6-8 of my September Declaration (Doc # 788-1), and to provide

material in all three categories described in Paragraph 2 to the Department of Justice ("DOJ") so that the United States can supplement its prior production with relevant documents from the DTIC collection.

**Progress During October**

4. As previously reported, the overall project consists of three basic parts. These are: 1) digitization of documents still held on fiche and film across all three of the categories mentioned in Paragraph 2, followed by production of relevant material; 2) delivery of digitized CUI documents to DOJ for production as warranted; and 3) declassification review of classified documents flagged as responsive.

5. These tasks remain incomplete as of the date of this report, but DoW has made progress in multiple areas, described below.

**a. Scanning**

6. Digitization of materials held on microfilm and microfiche is being undertaken in two separate steps. First, DTIC arranged for the National Reconnaissance Office ("NRO") to scan the classified material in a separate run intended to accelerate processing if possible. I am advised that the NRO's scanning effort is complete. Cleared personnel have already reviewed meta-data for non-digitized portions of the classified data (which has now been scanned) and have determined that twenty-nine (29) documents are responsive. Accordingly, DTIC will make these documents available to the Air Force Declassification Office (AFDO) for review, and responsive documents that can be declassified will be produced.

7. Second, DoW will retain a contractor to scan public and CUI documents stored on fiche and film. Having secured funds to support the work prior to the end of the fiscal year, I had hoped that this work would be completed by now, but additional work has been required to

ensure that meta-data is collected properly and that the scanned documents align with existing database entries.

8. DoW is working to resolve these issues and expects to have a solution shortly. I am advised that the Defense Logistics Agency will then release a solicitation that allows a limited time for bids and, assuming that services are readily available, scanning will then be completed. There are less than 300 documents on film and fiche (excluding the classified set). Given the small size of the data set and our authorization of additional payment for accelerated services if they can be obtained from the contracting community, scanning should be completed quickly once a contractor is in place.

9. Once scanned, the additional public and CUI documents will be reviewed by DOJ lawyers using the same approach already applied to the digitized documents, with production of relevant documents to follow.

**b. <u>CUI Documents</u>**

10. As reported in Paragraphs 8 and 9 of my October 1 Declaration (Doc. # 813-1), processing of the CUI documents is complicated by constraints on production of portions of the data set. DoW is nevertheless close to completing work on the digitized CUI documents. DTIC delivered the meta-data for slightly more than seventeen hundred (1700) documents to DOJ during October. DOJ lawyers then reviewed the information and concluded that two-hundred fifty-four (254) should be produced. One hundred ninety-seven (197) of these did not require further permission from the controlling agency prior to release and were produced to the Defendants on or about October 28, 2026. Fifty-Seven (57) documents require further approval prior to production.

11. I am advised that DoW's Office of Information and Acquisition Protection ("IAP") circulated the fifty-seven (57) items in the restricted CUI document set, together with the worksheet containing abstracts and other meta-data, to the various controlling organizations on or about October 29, 2026. The accompanying memorandum requires that any objections to production be returned by November 3, 2026. IAP expects to clear documents that draw no objection by November 10, 2026. Any objections will be taken up thereafter.

12. The bulk of the digitized CUI document set is already housed in the database at DOJ, so documents referenced in this section that draw no objections will then be produced promptly. As was the case with the public document set, my understanding is that DOJ also expects to produce the meta-data for the CUI document set to the Defendants, to facilitate discussion about any additional documents Defendants may request.

13. During work with the digitized classified document set, the team came to understand that 111 CUI and public documents had been stored on the classified system, and cleared personnel determined that twenty-three (23) additional CUI documents are potentially relevant. These will be forwarded to DOJ for loading and review and, if relevant, will be released in a small supplement to the productions referenced above.

c. **Classified Document Processing**

14. In my October report, I indicated that preliminary review meta-data describing the classified data set had reduced the potentially responsive documents to approximately 220 items.

15. One hundred twenty-eight (128) of these documents were digitally available on the classified system. Twelve (12) additional documents on the classified system are categorized in a manner that requires separate authorization before viewing even by cleared personnel and thus have not yet been subject to review. We have only recently become aware of this additional

issue and will proceed to address it so that the documents can be examined and produced if they are responsive and subject to declassification.

16. Cleared personnel reviewed the 128 available classified documents and determined that thirty-two (32) documents are responsive. The documents have been turned over to AFDO to commence the declassification process.

17. Thirty (30) entries were found to refer to documents that either were never actually provided to DTIC or that have been lost or removed from the collection. Twenty-Nine (29) documents identified as responsive were stored on fiche or film, have been digitized by NRO, and will be assessed for declassification as described in Paragraph 6. Twenty-Three (23) items within the classified collection proved to be CUI documents nevertheless stored on classified systems and will be processed as described in Paragraph 13.

**d. Scheduling Prospects**

18. Although the process of evaluating and producing documents from the DTIC archive has a substantial number of moving parts, most remaining portions of the relevant document set should be produced relatively quickly. The United States has produced relevant documents from the public digitized document set, and the bulk of the CUI digitized document set. The scanning contract for the relatively small number of documents in those categories stored on film and fiche has taken longer than expected, and there will be a relatively brief delay as DoW clears the restricted CUI documents, but we expect those issues to be resolved, and in each case the document sets are relatively small and should result in straightforward productions of limited document counts once those obstacles are overcome.

19. The critical path item, as expected, is with the documents that must undergo declassification review. We cannot yet predict a completion date because so much depends on

the character of the documents themselves (DTIC documents tend to be lengthy and technical, as the name of the institution implies), and because many of them may require review by multiple agencies as part of the declassification process. That said, however, the size of the project is coming into sharper focus, and the document set that will need to undergo declassification has clearly been substantially reduced by reviews that limit the magnitude of the declassification task.

20. At present, the declassification process is commencing on the thirty-two (32) documents referenced in Paragraph 16, constituting approximately 4,900 pages, and will shortly commence work on 29 additional documents referenced in Paragraph 6, with an indeterminate page count at present.

21. As always, the information provided in this Declaration is based on my current understanding of the resources available and the tasks required to complete production of DTIC-related documents. Changes have been made, and will continue to be made, whenever required to keep the project moving, and to complete work in the minimum practicable time.

** ** **

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is, to the best of my knowledge, true and correct. Executed this 30th day of October 2026.

ROWE.MICHAEL.D.1591447994
Digitally signed by ROWE.MICHAEL.D.1591447994
Date: 2026.10.30 12:36:07 -04'00'

Michael D. Rowe
Associate Deputy General Counsel
Environment, Energy and Installations