**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>GENERAL DYNAMICS CORPORATION<br><br>and<br><br>DOW CHEMICAL COMPANY,<br><br>Defendants and Counterclaimants. | CIVIL ACTION NO. 8:23-cv-00416 |

**NOTICE OF SERVICE OF THE UNITED STATES' PRODUCTION OF DOCUMENTS**

On November 12, 2026, the United States served a document production via JEFS Box.com in the folder titled "20261112 - Production." This production includes a reproduction of documents previously produced as being designated "Subject to Protective Order." These documents are Bates stamped with the prefix "USACE_." There are 71 documents consisting of about 11, 328 pages.

Dated this 12th day of November, 2026.

Respectfully submitted,

/s/ *Katherine Matthews*
Environmental Enforcement Section
Energy and Natural Resources Division
United States Department of Justice
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Telephone: (303) 514-4192
Katherine.Matthews@usdoj.gov