IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>GENERAL DYNAMICS CORPORATION<br><br>and<br><br>DOW CHEMICAL COMPANY,<br><br>Defendants and Counterclaimants. | CIVIL ACTION NO. 8:23-cv-00416 |

**NOTICE OF SERVICE**

On November 23, 2026, the United States served a document production via JEFS Box.com in the folder titled "20261123 – Production." This production includes 55 digitized documents containing "Category B," "Category E" and "Category F" controlled unclassified information ("CUI") consisting of about 13,009 pages, collected from the Defense Technical Information Center using search terms as described in the United States' Status Report dated September 1, 2026 (ECF No. 788) at 2, ¶ 1, and Rowe Declaration ¶ 8, Addendum 1, and Bates stamped with the prefix "DTIC_."

The United States conducted a limited review of all such "Category B," "Category D," "Category E," and "Category F" document titles and metadata associated with the CUI digitized documents, and it culled from this production documents that did not appear likely to contain any information relevant to the case to arrive at these 55 documents. Accordingly, the United States provided a spreadsheet containing DTIC's titles and metadata for the subset of "Category B," "Category E," and "Category F" CUI digitized documents that were identified using the search

terms, including those that did not appear likely to contain information relevant to the case as described above, with an offer to provide additional documents on request.

Dated this 23rd day of November, 2026.

Respectfully submitted,

*/s/ Katherine L. Matthews*

KATHERINE L. MATTHEWS (CO Bar # 53372)
Senior Counsel
Environmental Enforcement Section
Energy and Natural Resources Division
United States Department of Justice
999 18th Street
North Terrace, Suite 600
Denver, CO 80202
Telephone (303) 514-4192
Katherine.Matthews@usdoj.gov